IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN COLBERT, | : |
| Plaintiff(s) | : |
| vs. | : Case Number: 1:00cv909-SJD-TSH |
| | : District Judge Susan J. Dlott |
| CINERGY CORP., et al, | : |
| Defendant(s) | : |

ORDER

This matter is before the Court upon the Plaintiff's Notice of Return from Military Duty and Motion to Reset Case on Docket (Doc. 57). On August 14, 2003, this Court stayed this action under the Soldiers' and Sailors' Civil Rights Act of 1940. Upon advise from counsel that the plaintiff has returned from military duty, the stay previously entered by this Court is hereby set aside. This case is returned to the active docket of Magistrate Judge Timothy S. Hogan to whom this Court previously referred this action.

IT IS SO ORDERED.

       ___s/Susan J. Dlott_____
       Susan J. Dlott
       United States District Judge