UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ollen Colbert,
    Plaintiff,

    v.                              Case No. C-1-00-909
                                  (Dlott, J.;  Hogan, M.J.)

Cinergy Gas and Electric Company, et al.,
    Defendants.

_____

**NOTICE**

_____

    Please take notice that the above-captioned case has been set for a status conference before the Honorable Timothy S. Hogan on:

Wednesday, December 10, 2003, at 10:00 am
Room 706 Potter Stewart U.S. Courthouse

Timothy S. Hogan
United States Magistrate Judge


 s/Barbara A. Crum
Courtroom Deputy

cc:    All Counsel
bac    November 28, 2003