UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

OLLEN G. COLBERT,

    Plaintiff

vs                              Case No. C-1-00-909
                                  (Dlott, J.)
THE CINCINNATI GAS &,       (Hogan, M.J.)
ELECTRIC COMPANY, et. al.,

    Defendants

---

**ORDER**

---

      This matter came before the Court for a status conference pursuant to the Court's Order lifting the previous stay and returning the case to the Court's active docket. (*See* Doc. 58). Accordingly, the previous Calendar Order (Doc. 35) shall be amended as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports:
    Plaintiff produce primary reports: **February 1, 2004**
    Defendant rebuttal for identifying primary experts: **March 1, 2004**

2. Discovery deadline: **March 31, 2004**

3. Dispositive motions deadline: **May 31, 2004**

4. Final pretrial conference: **September 2004***

5. Trial: **October 2004***

**IT IS SO ORDERED**.

| | |
|---|---|
|    12/10/03 |    s/Timothy S. Hogan |
| Date | Timothy S. Hogan |
| | United States Magistrate Judge |

*The specific dates will be assigned by the District Court.