### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

---

Ollen G. Colbert
     Plaintiff

   vs                                         Case No. C-1-00-909
                                              (Dlott, J; Hogan, M.J.)

The Cincinnati Gas & Electric
Company, et. al.,
     Defendants

---

### ORDER

---

       This matter is before the Court on Plaintiff's Motion to Extend Time (Doc. 62). Plaintiff requests an extension of time from January 31, 2004 until February 28, 2004 to submit his Expert's Report because his expert has been delayed in completing the Report. Plaintiff also states that he has further need for discovery. The Calendar Order, which was issued on December 10, 2003 (*see* Doc. 61), shall be amended as follows:

1. Deadline for submission of Plaintiff's expert report:   **February 27, 2004**

2. Defendants' rebuttal for identifying primary experts:   **March 31, 2004**

3. Discovery deadline:   **April 30, 2004**
     All other deadlines shall remain unchanged.

SO ORDERED.

Date:  2/3/04                    s/Timothy S. Hogan
                                        Timothy S. Hogan
                                        United States Magistrate Judge