IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Ollen Colbert | * | |
| Plaintiff | * | |
| vs. | * | Case No. C-1-00-909 (Dlott, J.; Hogan, M.J.) |
| The Cincinnati Gas & Electric Company and International Brotherhood of Electrical Workers, Local 1347 | * | |
| | * | NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS |
| Defendants. | * | INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, |
| | * | LOCAL 1347 |

    Please take notice that Jerry A. Spicer, of the law firm of Rakay, Spicer & Ledbetter, 11 W. Monument Bldg., Suite 307, Dayton, Ohio 45402, is hereby substituted as counsel for Defendants International Brotherhood of Electrical Workers Local 1347, in place of Gary A. Snyder (retired) in the within case.

    Respectfully submitted:

    RAKAY, SPICER & LEDBETTER

    By:   /s/ Jerry A. Spicer
          Jerry A. Spicer (0011385)
          11 W. Monument Bldg., Suite 307
          Dayton, OH 45402
          (937) 228-2696
          (937) 228-5248

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Substitution of Counsel was electronically filed this 5th day of February, 2004, and will therefore be electronically mailed to:

Julie L. Ezell   juliexezell@cinergy.com, Attorney for Defendant Cincinnati Gas & Electric Company, and
Rose Ann Flemming   fleming@xzvier.edu, Attorney for Plaintiff

/s/  Jerry A. Spicer
Jerry A. Spicer