Ollen G. Colbert

PAGE 6

Conclusions

Mr. Colbert's separation from payroll by CG & E has already forced him to lose $182,203. Since it is likely that his future, real wages will be negatively impacted, the future losses will be significant. Assuming that he will be able to work full time at 40 hours per week in an alternative area, the present values of his future, losses is estimated at 393,103.

The present value of Mr. Colbert's losses is $ 575,306. See Table 1 and Table 2 for annual details.

February 26, 2004     _____
                      Jamal A. Rahed, Ph.D.

Submitted to:

Dr. Rose Ann Fleming
Attorney and Counselor at Law
3855 Ledgewood Dr., Suite 13
Cincinnati, OH 45207-1047