Table 1
OLLEN G. COLBERT
Potential Earnings As a Construction Helper with Cenergy to Age 61

| | Age | Wages | | Fringe Benefits | | Total | | Present Value |
|---|---|---|---|---|---|---|---|---|
| **Earnings to Present** | | | | | | | | |
| 4/3/-12/31/2000 | 35 | $ 27,453 | $ | 6,177 | $ | 33,630 | $ | 33,630 |
| 2001 | 36 | 37,872 | | 8,521 | | 46,393 | | 46,393 |
| 2002 | 37 | 38,477 | | 8,657 | | 47,135 | | 47,135 |
| 2003 | 38 | 39,362 | | 8,857 | | 48,219 | | 48,219 |
| 2004 | 39 | 40,268 | | 9,060 | | 49,328 | | 49,328 |
| Total | | $ 183,433 | $ | 41,272 | $ | 224,705 | $ | 224,705 |
| **Future Earnings** | | | | | | | | |
| 2005 | 40 | $ 40,268 | $ | 9,060 | $ | 49,328 | $ | 47,413 |
| 2006 | 41 | 40,268 | | 9,060 | | 49,328 | | 46,483 |
| 2007 | 42 | 40,268 | | 9,060 | | 49,328 | | 45,571 |
| 2008 | 43 | 40,268 | | 9,060 | | 49,328 | | 44,678 |
| 2009 | 44 | 40,268 | | 9,060 | | 49,328 | | 43,802 |
| 2010 | 45 | 40,268 | | 9,060 | | 49,328 | | 42,943 |
| 2011 | 46 | 40,268 | | 9,060 | | 49,328 | | 42,101 |
| 2012 | 47 | 40,268 | | 9,060 | | 49,328 | | 41,275 |
| 2013 | 48 | 40,268 | | 9,060 | | 49,328 | | 40,466 |
| 2014 | 49 | 40,268 | | 9,060 | | 49,328 | | 39,673 |
| 2015 | 50 | 40,268 | | 9,060 | | 49,328 | | 38,895 |
| 2016 | 51 | 40,268 | | 9,060 | | 49,328 | | 38,132 |
| 2017 | 52 | 40,268 | | 9,060 | | 49,328 | | 37,384 |
| 2018 | 53 | 40,268 | | 9,060 | | 49,328 | | 36,651 |
| 2019 | 54 | 40,268 | | 9,060 | | 49,328 | | 35,933 |
| 2020 | 55 | 40,268 | | 9,060 | | 49,328 | | 35,228 |
| 2021 | 56 | 40,268 | | 9,060 | | 49,328 | | 34,537 |
| 2022 | 57 | 40,268 | | 9,060 | | 49,328 | | 33,860 |
| 2023 | 58 | 40,268 | | 9,060 | | 49,328 | | 33,196 |
| 2024 | 59 | 40,268 | | 9,060 | | 49,328 | | 32,545 |
| 2025 | 60 | 40,268 | | 9,060 | | 49,328 | | 31,907 |
| 2026 | 61 | 40,268 | | 9,060 | | 49,328 | | 31,282 |
| | | $ 885,891 | $ | 199,326 | $ | 1,085,217 | $ | 853,958 |
| Total | | $ 1,069,324 | $ | 240,598 | $ | 1,309,922 | $ | 1,078,663 |