Table 2
OLLEN G. COLBERT
Alternative Earnings as a Worker for the City of Cincinnati
To Age 61

| | Age | Wages | Fringe Benefits | Total | Present Value |
|---|---|---|---|---|---|
| **Earnings to Present** | | | | | |
| 4/3/-12/31/2000 | 35 | $ - | $ - | $ - | $ - |
| 2001 | 36 | 0 | 0 | 0 | 0 |
| 2002 | 37 | 8,303 | 1,131 | 9,434 | 9,434 |
| 2003 | 38 | 5,989 | 458 | 6,447 | 6,447 |
| 2004 | 39 | 21,731 | 4,890 | 26,621 | 26,621 |
| Total | | $ 36,023 | $ 6,479 | $ 42,502 | $ 42,502 |
| **Future Earnings** | | | | | |
| 2005 | 40 | $ 21,731 | $ 4,890 | $ 26,621 | $ 25,587 |
| 2006 | 41 | 21,731 | 4,890 | 26,621 | 25,085 |
| 2007 | 42 | 21,731 | 4,890 | 26,621 | 24,594 |
| 2008 | 43 | 21,731 | 4,890 | 26,621 | 24,111 |
| 2009 | 44 | 21,731 | 4,890 | 26,621 | 23,639 |
| 2010 | 45 | 21,731 | 4,890 | 26,621 | 23,175 |
| 2011 | 46 | 21,731 | 4,890 | 26,621 | 22,721 |
| 2012 | 47 | 21,731 | 4,890 | 26,621 | 22,275 |
| 2013 | 48 | 21,731 | 4,890 | 26,621 | 21,838 |
| 2014 | 49 | 21,731 | 4,890 | 26,621 | 21,410 |
| 2015 | 50 | 21,731 | 4,890 | 26,621 | 20,990 |
| 2016 | 51 | 21,731 | 4,890 | 26,621 | 20,579 |
| 2017 | 52 | 21,731 | 4,890 | 26,621 | 20,175 |
| 2018 | 53 | 21,731 | 4,890 | 26,621 | 19,780 |
| 2019 | 54 | 21,731 | 4,890 | 26,621 | 19,392 |
| 2020 | 55 | 21,731 | 4,890 | 26,621 | 19,012 |
| 2021 | 56 | 21,731 | 4,890 | 26,621 | 18,639 |
| 2022 | 57 | 21,731 | 4,890 | 26,621 | 18,273 |
| 2023 | 58 | 21,731 | 4,890 | 26,621 | 17,915 |
| 2024 | 59 | 21,731 | 4,890 | 26,621 | 17,564 |
| 2025 | 60 | 21,731 | 4,890 | 26,621 | 17,219 |
| 2026 | 61 | 21,731 | 4,890 | 26,621 | 16,882 |
| | | $ 478,089 | $ 107,570 | $ 585,659 | $ 460,855 |
| Total | | $ 514,113 | $ 114,049 | $ 628,161 | $ 503,358 |