ROSE ANN FLEMING, Esq.
Bar Id. 0041337
ROSE ANN FLEMING PROFESSIONAL CORP.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH  45207
Phone: 513-924-8389
Fax: 513-924-8389
Email: Fleming@xavier.edu
Attorneys for Plaintiff

## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **OLLEN G. COLBERT**, <br><br> Plaintiff, <br><br> vs. <br><br> **THE CINCINNATI GAS AND ELECTRIC COMPANY**, <br><br> and <br><br> **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1347**, <br><br> Defendants. | Case No.: 1:00-cv-00909 <br><br> **PLAINTIFF'S EXPERT REPORT** <br><br> **PRELIMINARY EVALUATION OF** <br><br> **ECONOMIC DAMAGES** |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the Plaintiff's Expert Report: Preliminary Evaluation of Economic Damages was electronically filed using the Case Management/Electronic Case Filing (CM/ECF) system with the Office of the Clerk of Courts, United States Federal District Court for the Southern District of Ohio, Western Division, Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202 on the 27th day of February, 2004.  Such filing will send notification of such filing to the following Counsel for Defendants:

Julie L. Ezell, Esq.
Cinergy
Cincinnati Gas and Electric Company
1000 East Main Street
Plainville, IN. 46168

Jerry L. Spicer
International Brotherhood of Electrical Workers. Local 1347
Snyder Rakay Spicer
11 W. Monument Street, Suite 307
Dayton, OH  45402

Plaintiff also delivered, via Certified Mail, Return Receipt Requested, a copy of this above referenced document to the above named counsel for Defendants on this _____ day of February, 2004.

    Respectfully submitted,

    _____
    Rose Ann Fleming
    Bar Id. #0041337
    Attorney for Plaintiff
    Rose Ann Fleming Professional Legal Corp.
    3855 Ledgewood Drive
    Suite 13
    Cincinnati, OH 45207
    Phone: 513-924-8389
    Fax: 513-745-4282
    Email: fleming@xavier.edu