UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ollen Colbert,
    Plaintiff,

    v.                        Case No. C-1-00-909
                             (Dlott, J.;  Hogan, M.J.)

Cinergy Gas and Electric Company, et al.,
    Defendants.

ORDER

This case is before the Court on Defendant's motion for an extension of time to file their expert report (Doc. 66). For good cause shown, the motion is hereby **GRANTED** extending the expert report deadline through and including April 30, 2004.

SO ORDERED.

Date   4/13/2004                              s/Timothy S. Hogan
bac    April 13, 2004                      Timothy S. Hogan
                                          United States Magistrate Judge