FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 APR 30 PM 2: 17

| | |
|---|---|
| **OLLEN G. COLBERT** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | CASE NO. C-1-00-909 |
| ) | |
| **CINCINNATI GAS & ELECTRIC and** ) | JUDGE: J. Dlott |
| **INTERNATIONAL BROTHERHOOD** ) | Magistrate Judge Hogan |
| **OF ELECTRICAL WORKERS,** ) | |
| **LOCAL 1347** ) | |
| ) | |
| **Defendants.** ) | (proposed order attached) |

## UNOPPOSED MOTION TO EXTEND DEADLINES TO FILE DEFENDANT'S EXPERT REPORT, DISCOVERY CUTOFF AND DISPOSTIVE MOTIONS

Comes now, Defendant, The Cincinnati Gas & Electric Company ("CG&E"), by counsel, and respectfully requests the Court to grant CG&E's Unopposed Motion to Extend Deadlines to File Expert Report, the discovery cutoff and Dispositive Motions. In support thereof, CG&E would show the Court as follows:

1. Per the Court's Entry of February 3, 2004, the Plaintiff's Expert Report was due February 27, 2004 and CG&E's Expert Report was due on March 31, 2004.

2. Plaintiff submitted his Expert Report on February 27, 2004.

3. The Court granted the CG&E's additional time to file Expert Reports up to and including April 30, 2004.

4. Defendant CG&E requires an additional extension of time up to June 1, 2004 in which to file Expert Reports, and Plaintiff has no objection.

Doc No. 124865

5. However, the Discovery Deadline and Dispositive Motion Deadline must be adjusted as well. The parties propose the following schedule:

| | |
|---|---|
| June 1, 2004 | Defendants' Expert Reports |
| July 1, 2004 | Discovery Cutoff |
| August 1, 2004 | Dispositive Motion Deadline. |

6. Plaintiff's counsel agrees with the proposed schedule contained herein, and this minor adjustment in the Court's February 3, 2004 Order is not designed to cause any undue delay or prejudice to the parties or the Court.

WHEREFORE, Defendant, CG&E, by counsel, respectfully prays for an Order granting the CG&E's Motion and accepting the proposed schedule for filing of Defendants' Expert Reports, Discovery Cutoff and Dispositive Motions contained herein, and for all other relief just and proper in these premises.

Respectfully submitted,

*/s/ Eric S. French*
Eric S. French, #071711
Julie L. Ezell, #0073128

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion to Extend Time to File Defendant's Expert Report was electronically filed this 30th day of April, 2004, and will therefore be electronically mailed to:

Rose Ann Fleming fleming@xavier.edu, Attorney for Plaintiff
Jerry A. Spicer snyrakspi@aol.com, Attorney for Defendant,
International Brotherhood of Electrical Workers, Local 1347
Eric S. French efrench@cinergy.com, Attorney for Defendant,
The Cincinnati Gas & Electric Company
Julie L. Ezell julie.ezell@cinergy.com, Attorney for Defendant,
The Cincinnati Gas & Electric Company

_____
Eric S. French

Eric S. French
Julie L. Ezell
CINERGY SERVICES, INC.
139 East Fourth Street, 25ATII
Cincinnati, OH 45202
Telephone: 513-287-2136
Fax: 513-287-3612