UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>CINCINNATI GAS & ELECTRIC and )<br>INTERNATIONAL BROTHERHOOD )<br>OF ELECTRICAL WORKERS, )<br>LOCAL 1347 )<br>)<br>Defendants. ) | CASE NO. C-1-00-909<br><br>JUDGE: J. Dlott<br>Magistrate Judge Hogan |

### AGREED ORDER

Defendant, The Cincinnati Gas & Electric Company ("CG&E"), by counsel, respectfully moves this Court for an order granting CG&E's Unopposed Motion to Extend Deadline to File Expert Report, Discovery Cutoff and Dispositive Motions. Said Motion reading as follows:

(H.I.)

And the Court being duly advised in the premises now finds that the parties' proposed schedule for filing of Defendants' Expert Report, Discovery Cutoff and Dispositive Motions in this matter should be GRANTED.

IT IS THEREFORE ORDERED, that the parties' schedule for filing is as follows:

June 1, 2004      Defendants' Expert Repots
July 1, 2004       Discovery Cutoff
August 1, 2004   Dispositive Motions Deadline

Doc No. 123318

Dated: 5/7/04

Judge: United States District Court
        Southern District of Ohio
        Western Division

Distribution to:

Eric S. French
efrench@cinergy.com
Julie L. Ezell
julie.ezell@cinergy.com
CINERGY SERVICES, INC.
139 East Fourth Street, 25ATII
Cincinnati, OH 45202

Rose Ann Fleming
fleming@xavier.edu
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207

Jerry A. Spicer
snyrakspi@aol.com
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402