UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

04 JUN -1 PM 2:26

| | |
|---|---|
| OLLEN G. COLBERT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. C-1-00-909 |
| ) | |
| CINCINNATI GAS & ELECTRIC and ) | JUDGE: J. Dlott |
| INTERNATIONAL BROTHERHOOD ) | Magistrate Judge Hogan |
| OF ELECTRICAL WORKERS, ) | |
| LOCAL 1347 ) | |
| ) | |
| Defendants. ) | |

### UNOPPOSED MOTION FOR FOUR-DAY ENLARGEMENT OF TIME TO FILE DEFENDANT'S EXPERT REPORT

Comes now, Defendant, The Cincinnati Gas & Electric Company ("CG&E"), by counsel, and respectfully requests the Court to grant CG&E's Unopposed Motion for Four-Day Enlargement of Time to File Defendant's Expert Report. In support thereof, CG&E would show the Court as follows:

1. Per the Court's Entry, Defendant's Expert Report is due June 1, 2004, said time having not expired.

2. Defendant CG&E requires an additional four days in which to submit its Expert Report up to and including June 4, and Plaintiff has no objection. This brief enlargement of time will not affect the Court's scheduling order and is not designed to cause any prejudice to the Court or to the Parties.

WHEREFORE, Defendant, CG&E, by counsel, respectfully prays for an Order granting the CG&E's Motion, and for all other relief just and proper in these premises.

Doc No. 126428

          Respectfully submitted,

          */s/ Eric S. French*
          Eric S. French, #071711
          Julie L. Ezell, #0073128

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Unopposed Motion to Extend Time to File Defendant's Expert Report was electronically filed this 1st day of June, 2004, and will therefore be electronically mailed to:

Rose Ann Fleming fleming@xavier.edu, Attorney for Plaintiff
Jerry A. Spicer snyrakspi@aol.com, Attorney for Defendant,
International Brotherhood of Electrical Workers, Local 1347
Eric S. French efrench@cinergy.com, Attorney for Defendant,
The Cincinnati Gas & Electric Company
Julie L. Ezell julie.ezell@cinergy.com, Attorney for Defendant,
The Cincinnati Gas & Electric Company

          */s/ Eric S. French*
          Eric S. French

Eric S. French
Julie L. Ezell
CINERGY SERVICES, INC.
139 East Fourth Street, 25ATII
Cincinnati, OH 45202
Telephone: 513-287-2136
Fax: 513-287-3612