UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) CASE NO. C-1-00-909 |
| | ) |
| CINCINNATI GAS & ELECTRIC and | ) JUDGE: J. Dlott |
| INTERNATIONAL BROTHERHOOD | ) Magistrate Judge Hogan |
| OF ELECTRICAL WORKERS, | ) |
| LOCAL 1347 | ) |
| | ) |
| **Defendants.** | ) |

## AGREED ORDER

Defendant, The Cincinnati Gas & Electric Company ("CG&E"), by counsel, respectfully moves this Court for an order granting CG&E's Unopposed Motion for Four-Day Enlargement of Time to File Expert Report. Said Motion reading as follows:

(H.I.)

And the Court being duly advised in the premises now finds that CG&E's Motion should be GRANTED.

IT IS THEREFORE ORDERED, that CG&E's expert witness report is due on June 4, 2004

Dated: 6/3/04

_____
Judge: United States District Court
Southern District of Ohio
Western Division

Doc No. 126430

Distribution to:

Eric S. French
efrench@cinergy.com
Julie L. Ezell
julie.ezell@cinergy.com
CINERGY SERVICES, INC.
139 East Fourth Street, 25ATII
Cincinnati, OH 45202

Rose Ann Fleming
fleming@xavier.edu
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207

Jerry A. Spicer
snyrakspi@aol.com
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402