## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **OLLEN G. COLBERT, JR.**<br>3475 Vine St.<br>Cincinnati, Ohio  45220 | * | Case No. C-1-00-909 |
| | * | Judge Susan Dlott<br>Magistrate Judge Timothy Hogan |
| Plaintiff, | * | |
| v. | * | **DEFENDANT'S INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1347 AND CINCINNATI GAS AND ELECTRIC CO'S MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS** |
| | * | |
| **CINCINNATI GAS AND ELECTRIC CO.**<br>139 E. Fourth St.<br>Cincinnati, Ohio  45202 | * | |
| | * | |
| and | * | |
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1347**<br>4100 Colerain Ave.<br>Cincinnati, Ohio  45223-2590 | * | |
| | * | |
| | * | |
| Defendants. | * | |

Comes now the Defendants, International Brotherhood of Electrical Workers, Local 1347 and Cincinnati Gas and Electric Co., by and through counsel, and respectfully move this Court to grant an extension of time to file dispositive motions in this matter due to the Plaintiff's Motion for Extension of Time to Complete Discovery.  The Court's Scheduling Order provided for the completion of discovery by July 1, 2004 but Plaintiff requested an extension to September 30, 2004.  The Court's Scheduling Order also provided a Dispositive Motion Deadline of August 1, 2004.

Defendants respectfully request that the Dispositive Motion Deadline be extended to October 30, 2004 in line with the proposed extended Discovery cut-off of September 30, 2004 requested by Plaintiff.

Defense Counsel has attempted without success, to contact Plaintiff's counsel by telephone concerning this request.

This motion is not made to needlessly delay this matter but is necessitated by the extension of the discovery cut-off date.

Respectfully submitted,

RAKAY, SPICER & LEDBETTER


/s/  Jerry A. Spicer
Jerry A. Spicer (0011385)
11 W. Monument Bldg., Ste. 307
Dayton, OH  45402
937/228-2696
937/228-5248 FAX
Attorney for International Brotherhood of
Electrical Workers, Local 1347


/s/  Julie L. Ezell
Julie L. Ezell (0073128)
Cinergy
1000 E. Main St.
Plainfield, IN  46168
317/383-1100
317/838-1163 FAX
Attorney for Cincinnati Gas and Electric Co.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Extension of Time to File Dispositive Motions was electronically filed this 28th day of July, 2004, and will therefore be electronically mailed to:

Rose Ann Fleming fleming@xavier.edu, Attorney for Plaintiff
Eric S. French efrench@cinergy.com, Attorney for Defendant,
The Cincinnati Gas & Electric Company
Julie L. Ezell Julie.ezell@cinergy.com, Attorney for Defendant,
The Cincinnati Gas & Electric Company

/s/ Jerry A. Spicer
Jerry A. Spicer