# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Ollen G. Colbert
    Plaintiff

  vs                                     Case No. C-1-00-909
                                            (Dlott, J; Hogan, M.J.)

The Cincinnati Gas & Electric
Company, et. al.,
    Defendants

## ORDER

      This matter is before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery (Doc. 72) and Amended Motion for Extension of Time to Complete Discovery (Doc. 73). Plaintiff requests an extension of the discovery deadline from July 1, 2004 until September 30, 2004 in order to conduct the deposition of Donald Bricking, Plaintiff's former CG&E supervisor. Plaintiff represents that there is no mutually agreeable date before September 2004 in which to hold said deposition and therefore requests and extension of the discovery deadline. The extension of the discovery deadline, however, necessitates the extension of the dispositive motions deadline. Because no specific date has been set by the Court for the Final Pretrial Conference and Trial of this matter, the Court HEREBY GRANTS Plaintiff's motions (Doc. 72, 73).

      The Amended Calendar Order, which was issued on May 7, 2004 (*see* Doc. 69), shall be amended as follows:

1.    Discovery Deadline                      September 30, 2004
2.    Dispositive Motion Deadline        October 29, 2004

The parties are advised that once Final Pretrial and Trial dates have been set in this matter, further extensions of the above deadlines will be strongly disfavored.

SO ORDERED.

Date:  July 27, 2004           s/Timothy S. Hogan
                               Timothy S. Hogan
                               United States Magistrate Judge