UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ollen Colbert,
    Plaintiff,

    v.                        Case No. C-1-00-909
                                (Dlott, J.;  Hogan, M.J.)

Cinergy Gas and Electric Company, et al.,
    Defendants.

ORDER

This case is before the Court on Defendant's motion for an extension of time to file their dispositive motions (Doc. 74).  For good cause shown, the motion is hereby **GRANTED** extending their dispositive motion deadline through and including October 30, 2004.

SO ORDERED.

Date   7/29/2004                           s/Timothy S. Hogan
bac    July 29, 2004                       Timothy S. Hogan
                               United States Magistrate Judge