UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. C-1-00-909 |
| ) | |
| CINCINNATI GAS & ELECTRIC and ) | JUDGE: J. Dlott |
| INTERNATIONAL BROTHERHOOD ) | Magistrate Judge Hogan |
| OF ELECTRICAL WORKERS, ) | |
| LOCAL 1347 ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR ADMISSION PRO HAC VICE

Eric S. French attorney for Cincinnati Gas & Electric Company, in the above-referenced matter, requests that Ariane Johnson be admitted *pro hac vice* to appear in this cause.

1. Ms. Johnson is litigation counsel to Cinergy Services, Inc., 1000 E. Main Street, Plainfield, Indiana 46168.

2. Ms. Johnson has been granted an Ohio corporate attorney registration #0073128.

3. Ms. Johnson has been a member in good standing of the Indiana bar since her admission on June 1, 1984. Her Indiana State Bar license is No. 2104-45. Ms. Johnson has been a member in good standing of the Ohio bar since her admission on April 27, 2004. Her Ohio State Bar license is No. 77236.

4. Ms. Johnson is also admitted to practice and is in good standing with the United States District Courts for the Northern and Southern Districts of Indiana, Northern District of Illinois, and the with the Supreme Court of Illinois.

5. Ms. Johnson has not been denied admission to practice before any court.

6. There are no disciplinary or criminal proceedings pending against Ms. Johnson in any jurisdiction.

7. Attached as Exhibit A is an affidavit of Ariane Johnson, as well as a Certificate of Good Standing issued by the Supreme Court of the State of Indiana on May 30, 2003.

8. The additional services of Ms. Johnson are necessary because of (i) her knowledge of this case and (ii) The Cincinnati Gas & Electric Company's desire to have Ms. Johnson participate in the preparation and trial of this case.

FOR THESE REASONS, Eric S. French respectfully requests that Ariane Johnson be admitted *pro hac vice* to appear in this cause.

Respectfully submitted,

CINCINNATI GAS & ELECTRIC

By: *[signature]*

Eric S. French, #0071711
Attorney for Defendant, Cincinnati Gas & Electric

## CERTIFICATE OF SERVICE

I hereby certify that on **September 24, 2004**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Rose Ann Fleming
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
fleming@xavier.edu

Jerry A. Spicer
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
snyrakspi@aol.com

_____
Eric S. French

Eric S. French
LEGAL DEPARTMENT
CINERGY SERVICES, INC.
139 East 4th Street, 25ATII
P.O. Box 960
Cincinnati, OH 45201-0960
eric.french@cinergy.com