# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Brian Bishop, Clerk of the Supreme Court of Indiana, do hereby certify that

_____ARIANE SCHALLWIG JOHNSON_____

is a member of the bar of said Court since admission on

_____JUNE 1st 1984_____, and is in good standing therein.

GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __30th__ day of _____MAY_____, 20 __03__.

_Brian Bishop_
**BRIAN BISHOP**
**CLERK, SUPREME COURT OF INDIANA**