UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. C-1-00-909 |
| ) | |
| CINCINNATI GAS & ELECTRIC and ) | JUDGE: J. Dlott |
| INTERNATIONAL BROTHERHOOD ) | Magistrate Judge Hogan |
| OF ELECTRICAL WORKERS, ) | |
| LOCAL 1347 ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF ARIANE S. JOHNSON

I, Ariane S. Johnson, affirm the truth of the following representations:

1.   I am an adult, of sound mind, and competent to testify to all matters contained in this affidavit.

2.   All matters contained in this affidavit are within my personal knowledge.

3.   I have been granted an Ohio attorney registration #77236, effective April 27, 2004.

4.   I have been a member in good standing of the Indiana bar since June 1, 1984.

5.   I am also admitted to practice and in good standing with the United States District Courts for the Northern and Southern Districts of Indiana, Northern District of Illinois, and with the Supreme Court of Illinois.

6.   I have not been denied admission to practice before any court.

7. There are no disciplinary or criminal proceedings pending against me in any jurisdiction.

*[signature]*
Ariane S. Johnson

STATE OF INDIANA   )
                   )SS:
COUNTY OF Marion   )

Before me a Notary Public in and for said County and State, personally appeared **Ariane S. Johnson** and acknowledged the execution of the foregoing Affidavit this 24th day of September, 2004.

*Phyllis A. McKay*
Signature

Phyllis A. McKay
Printed name

County of Residence:
Marion

My Commission Expires:
2-3-07