```
Fri Sep 24 14:40:14 2004

   UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.   100 424261
Cashier          sj1

Tender Type  CHECK

Check Number: 2020

Transaction Type   C

Case No./Def No. 1:04-LB-ATTY  /   1

DO Code    Div No      Acct
4661          1       6855XX

Amount                $   50.00

ERIC S FRENCH


PRO HAC VICE 1:00CV909




Fri Sep 24 14:40:14 2004

Check No. 2020
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```