UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | CASE NO. C-1-00-909 |
| ) | |
| CINCINNATI GAS & ELECTRIC and ) | JUDGE: J. Dlott |
| INTERNATIONAL BROTHERHOOD ) | Magistrate Judge Hogan |
| OF ELECTRICAL WORKERS, ) | |
| LOCAL 1347 ) | |
| ) | |
| **Defendants.** ) | |

### ENTRY ON AGREED MOTION TO EXTEND CURRENT SCHEDULING DEADLINES

Plaintiff, Ollen G. Colbert, and Defendants, Cincinnati Gas & Electric and International Brotherhood of Electrical Workers, Local 1347, each by their counsel, having collectively filed an "Agreed Motion to Extend Current Scheduling Deadlines" and the Court being duly apprised of the motion hereby GRANTS the same. The Scheduling Order of December 10, 2003, is hereby vacated and the following are the new scheduling deadlines:

1. The parties are to mediate this matter, if at all, on or before December 31, 2004.

2. Discovery in this matter will close November 15, 2004.

3. Defendants shall have up to and including December 15, 2004 to file dispositive motions, if any.

4. A final pretrial conference in this matter will be set in January 2005 and trial in this matter will be set in February 2005.

Dated: 9/30/04

United States District Court
Southern District of Ohio
Western Division

132753

DISTRIBUTION TO:

Julie Ezell
LEGAL DEPARTMENT
CINERGY SERVICES, INC.
1000 E. Main Street
Plainfield, IN 46168
julie.ezell@cinergy.com


Rose Ann Fleming
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
fleming@xavier.edu

Jerry A. Spicer
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
snyrakspi@aol.com