IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

OLLEN COLBERT,

      vs.                                      Case Number: 1:00cv909-SJD-TSH

CINERGY CORP., et al,

ORDER

This matter is before the Court upon defendant's Motion for Admission of attorney Ariane Johnson (Doc. 77).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Ariane Johnson is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                 ___s/Susan J. Dlott_____
                                 Susan J. Dlott
                                 United States District Judge