UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 1:00-CV-00909-SJD-TSH |
| ) | |
| CINCINNATI GAS & ELECTRIC and ) | JUDGE: J. Dlott |
| INTERNATIONAL BROTHERHOOD ) | Magistrate Judge Hogan |
| OF ELECTRICAL WORKERS, ) | |
| LOCAL 1347 ) | NOTICE OF FILING OF |
| ) | DEPOSITION OF DONALD |
| Defendants. ) | BRICKING |

Notice is hereby given pursuant to Rule 30(F)(3) of the Federal Rules of Civil Procedure that the deposition of Donald Bricking, taken on December 10, 2004, pursuant to the Federal Rules of Civil Procedure, was filed with the Court on January 13, 2005, in the above-captioned matter.

Respectfully submitted,

CINERGY CORP.

By: _____
Ariane Schallwig Johnson, # 0077236
One of the Attorneys for Cincinnati
Gas & Electric

110866

## CERTIFICATE OF SERVICE

Service of the foregoing was made, via electronic mail, this 13th day of January, 2005, to:

Rose Ann Fleming
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
fleming@xavier.edu

Jerry A. Spicer
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
snyrakspi@aol.com

_____
Ariane Johnson

Ariane Schallwig Johnson
LEGAL DEPARTMENT
CINERGY SERVICES, INC.
1000 E. Main Street
Plainfield, IN 46168
Telephone: 317/838-1285
Facsimile: 317/838-1842
ariane.johnson@cinergy.com

138013                                 2