UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ollen G. Colbert
    Plaintiff

vs

The Cincinnati Gas & Electric
Company, et. al.,
    Defendants

Case No. C-1-00-909
(Dlott, J; Hogan, M.J.)

## ORDER

    This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to the Motions for Summary Judgment by Cinergy/the Cincinnati Gas and Electric Company and the International Brotherhood of Electrical Workers, Local 1347 (Doc. 95). Plaintiff represents that Defendants have no objection to said motion. Plaintiff requests an additional two weeks in which to file his response to Defendants' Motions for Summary Judgment. For good cause shown, Plaintiff's motion is hereby GRANTED. Plaintiff SHALL HAVE UNTIL February 21, 2005 in which to respond to Defendants' Motions for Summary Judgment. Plaintiff's request that Defendants be granted an additional two weeks to file their replies to Plaintiff's Response is DENIED. Should Defendants determine that they need an extension of time in which to file their Reply, the Court will consider such upon a motion and a showing of good cause by Defendants.

SO ORDERED.

Date: 2/7/05

Timothy S. Hogan
United States Magistrate Judge