UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN G. COLBERT, Jr.<br>3475 Vine St.<br>Cincinnati, Ohio 45220<br><br>   Plaintiff,<br><br>vs.<br><br>CINCINNATI GAS AND ELECTRIC CO.<br>139 E. Fourth St.<br>Cincinnati, Ohio 45202<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS, LOCAL 1347<br>4100 Colerain Avenue<br>Cincinnati, Ohio 45223-2590<br><br>   Defendants. | Case No.: C-1-00-909<br><br>Judge Susan J. Dlott<br>Magistrate Judge Timothy J. Hogan<br><br><br><br><br><br><br><br><u>**STIPULATION OF COUNSEL**</u><br><u>**FOR EXTENSION OF TIME**</u> |

  COME NOW THE COUNSEL FOR THE PARTIES, Ariane S. Johnson, Counsel for Defendant, Cinergy/The Cincinnati Gas and Electric Company, Jerry Spicer, Counsel for Defendant, International Brotherhood of Electrical Workers, Local 1347, and Rose Ann Fleming, Counsel for Plaintiff, Ollen G Colbert, Jr. to stipulate to an extension of time for Plaintiff's Counsel to complete her research to answer or otherwise respond to the Motion for Summary Judgment filed by Cinergy/The Cincinnati, Gas and Electric Company on January 13, 2005 and to the Motion for Summary Judgment filed by Defendant International Brotherhood of Electrical Workers, Local 1347 on January 14, 2005. Parties have agreed that Plaintiff may have an extension of time from February 21, 2005 to March 8, 2005.

Plaintiff requested this extension of opposing counsel in order to complete the research required to respond appropriately to the issues raised in the two separate Motions for Summary Judgment filed by the Defendants individually in this matter.

The parties respectfully note for the Court no prejudice should occur to either side by the Plaintiff taking adequate time to fully brief his opposition to the two pending dispositive motions of the Defendants because Plaintiff pledges not to oppose any request for extension of time requested by either or both of the Defendants.

SO AGREED.

**Defendants:**

**The International Brotherhood of Electrical Workers, Local 1347**

/s/ Jerry A. Spicer
**Jerry Alan Spicer** per phone authorization 2/17/05 to sign electronically.
Bar Id. #0011385
Snyder Rakay & Spicer
11 W Monument Building
Suite 307
Dayton, OH 45402
937-228-2696
Fax: 937-228-5248
Email: snyrakspi@aol.com


**Cinergy/The Cincinnati Gas and Electric Company**

/s/ Arian Schallwig Johnson
**Arian Schallwig Johnson** per phone authorization 2/17/05 to sign
Bar Id. #0077236                                    electronically
Cinergy Corporation
1000 East Main Street
Plainfield, IN 46168
317-838-1235
Fax: 317-838-1842
Email:arian.johnson@cinergy.com

**Plaintiff:**

Ollen G. Colbert, Jr.

/s/Rose Ann Fleming
Rose Ann Fleming
Bar Id. #0041337
ROSE ANN FLEMING, P. C.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH  45207
Phone: 513-924-83839
Fax:   513-745-4282
Email: Fleming@xavier.edu

BE IT SO ORDERED.

Magistrate Judge Timothy S. Hogan
United States District Court
Southern District of Ohio,
Western Division (Cincinnati, Ohio)