UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ollen G. Colbert
    Plaintiff

vs

The Cincinnati Gas & Electric
Company, et. al.,
    Defendants

Case No. C-1-00-909
(Dlott, J; Hogan, M.J.)

ORDER

    This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to the Motions for Summary Judgment by Cinergy/the Cincinnati Gas and Electric Company and the International Brotherhood of Electrical Workers, Local 1347 (Doc. 99). Plaintiff represents that counsel for Defendant International Brotherhood of Electrical Workers has no objection to said motion but that counsel for Defendant Cinergy/the Cincinnati Gas and Electric Company was unable to be reached. Plaintiff requests an additional two weeks in which to file his response to Defendants' Motions for Summary Judgment. For good cause shown, Plaintiff's motion is hereby GRANTED. Plaintiff SHALL HAVE UNTIL March 22, 2005 in which to respond to Defendants' Motions for Summary Judgment.

SO ORDERED.

Date: 3/8/05

Timothy S. Hogan
United States Magistrate Judge