THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO (CINCINNATI)
WESTERN DIVISION

| | |
|---|---|
| **OLLEN G. COLBERT. Jr.,** <br><br> Plaintiff, <br><br> vs. <br><br> CINERGY, <br> THE CINCINNATI GAS AND ELECTRIC COMPANY, <br><br> AND <br><br> INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 1347, <br><br> Defendants. | Case No.: 1:00-CV-909 <br><br> Judge Susan J. Dlott <br> Magistrate Judge Timothy J. Hogan <br><br><br> VERIFICATON OF AGREEMENT BETWEEN THE CINCINNATI GAS AND ELECTRIC COMPANY AND LOCAL UNION 1347, INTERNATIONAL BROTHERHOOD OF ELECTRICALWORKERS 1996-2001 |

STATE OF OHIO        )
                     )SS:
COUNTY OF HAMILTON   )

I, Ollen G. Colbert, Jr. having been duly cautioned and sworn, do hereby verify the authenticity Agreement Between The Cincinnati Gas And Electric Company And Local Union 1347, International Brotherhood Of Electrical Workers, **1996-2001**, which is attached here to as follows:

1. I was a dues-paying member of the International Brotherhood of Electrical Workers, Local 1347, at all times that I was employed by The Cincinnati Gas and Electric Company

1. I was employed by The Cincinnati Gas and Electric Company on or about April 1, 1990 and terminated on or about March 8, 2000.

1

2. At all times during my employment, I was represented by the Union with my Employer.

3. The document that governed my representation by the Union with my employer at the time of my termination is the attached document entitled *Agreement Between The Cincinnati Gas And Electric Company And Local Union 1347, International Brotherhood Of Electrical Workers, 1996-2001*.

4. I have read the entire document and verify that it is a true and correct copy of the Agreement that the Union informed me governed the Union's relationship with The Cincinnati Gas and Electric Company in its representation of the employees, of which I was one.

_____
Ollen G. Colbert, Jr.

Sworn to and subscribed before me, this 29TH day of March, 2005.

_____
NOTARY PUBLIC

My Commission expires: 6/22/08

JANE A. ROBERTS
Notary Public, State of Ohio
My Commission Expires 06-22-08

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 23rd day of March, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ariane Schallwig Johnson, Esq.
Legal Department
Cinergy Services, Inc.
1000 E. Main Street
Plainfield, IN 46168
Telephone: 317-838-1285
Facsimile: 317-838-1842
Ariane.johnson@cinergy.com

And

Jerry A. Spicer
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
937-228-2696
937-228-5248
snyrakspi@aol.com

/s/Rose Ann Fleming
Rose Ann Fleming
BAR ID. #0041337
ROSE ANN FLEMING, P.C.
3855 Ledgewood Drive
Suite 13
Cincinnati, OH 45207
Phone: 513-924-8389
Fax: 513-924-8389
Email: Fleming@xavier.edu

3