

*Agreement*

between

The Cincinnati Gas & Electric
Company
The Union Light, Heat and Power
Company

and

Local Union 1347
International Brotherhood of
Electrical Workers

Affiliated with
AFL-CIO

1996-2001

Printed by:
The Independent Utilities Union

THINK • WORK • ACT

SAFETY

...WHEREVER YOU ARE

# INDEX

Page

A

Absence
Death in Family ........ 54-56
Illness ........ 36-38
Industrial Accidents ........ 40
Jury Duty ........ 3, 56
Leave of Absence ........ 21, 33
Military Service ........ 20, 21, 36, 37, 60
System Service and Seniority ........ 22-24, 27
Union Officers ........ 21, 22
Testifying for Company ........ 56
Accidents - Investigation of ........ 61, 62
Advancements - Temporary ........ 22, 23, 59, 60
Advance Notice of Layoff ........ 13, 22-25
Agreement - Term of ........ 3
Amendments to Agreement ........ 3-5
Arbitration Procedure ........ 16-17
Assignments, Temporary - To Higher Pay ........ 59-60
Automatic Cancellation of
Union Security Clause ........ 10, 11

B

Bargaining Unit
Description and Recognition of ........ 2-5
Basic Health Care ........ 74
Bidding, Cross - Between Divisions ........ 3, 25, 26
Bulletin Boards
Overtime Lists ........ 45
Posting Job Vacancies ........ 25-28

INDEX

| | Page |
|---|---|
| Posting of Union Notices | 58 |
| Business Manager, Premise Rights | 57 |

**C**

| | |
|---|---|
| Call-Out Pay | 48-51 |
| Cancellation of | |
| Call-Out Overtime | 49 |
| Planned Overtime | 49, 50 |
| Union Security Clause, Automatic | 10, 11 |
| Changes in Agreement | 3, 4 |
| Change of Schedule - Temporary | 46 |
| Check Off of Union Dues and | |
| Service Charges | 8-10 |
| Classification | |
| Committees | 71-73 |
| Of Employees | 27-29 |
| Classified Seniority | 18-29 |
| Coercion - By Company | 11, 12 |
| Coercion - By Union | 8, 11, 12 |
| Compensation For | |
| Death in Family | 54-56 |
| Grievance Meeting | 14-17 |
| Holidays | 46-48 |
| Holidays Within Vacations | 33, 34 |
| Inclement Weather | 54 |
| Industrial Accidents | 3, 40 |
| Jury Duty | 3, 56 |
| Meals | 50, 51 |
| Scheduled Off Days | 43, 44 |

ii

INDEX

| | Page |
|---|---|
| Sick Leave | 36-40 |
| Temporary Assignments | 59, 60 |
| Temporary Demotions | 60 |
| Temporary Promotions | 59, 60 |
| Testifying For Company | 56 |
| Travel | 52, 53 |
| Union's Job Evaluation Advisory | |
| Committee | 71-73 |
| Vacations | 30-35 |
| Condition of Continued Employment | 8-10 |
| Consecutive Off-Days | 43, 44 |
| Continuity of Work | 4-5 |
| Contracting Work | 59 |
| Cross Bidding Between Divisions | 3, 25, 26 |
| Crossing of Picket Lines | 14 |

**D**

| | |
|---|---|
| Day, Basic Work | 41-44 |
| Day Workers | 41-44 |
| Scheduled Work Day | 41-44 |
| Basic Work Week | 41-44 |
| Death in Family | 54-56 |
| Deceased Employees Vacation | 31 |
| Decision of Arbitrator | 17 |
| Deduction of Union Dues or | |
| Service Charges | 8-10 |
| Demotions | |
| On basis of Classified Seniority | 23-24 |
| Reduction in Forces | 12, 13, 23-25 |

iii

## INDEX

Page

Rights of Management...12-13
Dental Insurance...74
Department Stewards...15, 63
Departmental and Divisional
Working Rules...79-96
Description of Bargaining Unit...2, 6-7
Determination of Equal Seniority...25
Differential - Shift...68-70
Discharge or Dismissal
  Of Employees...5, 6, 10-12
  Rights of Management...12-13
Discipline of Employees...5, 6, 10-12
Discrimination - By Company...8, 11-12
Discrimination - By Union...8, 11-12
Diversity Day...36
Division
  Of Overtime...45
  Of the Company...18, 19
  Seniority...18
Double Time
  Excess of 16 Consecutive Hours...44
  Holidays - Excess of 8 Hours...44, 47, 48
  Second Scheduled Off-Day...43
Dues or Service Charges, Collection of...10
Duration of Agreement...3

**E**

Elections - Voting...54

iv

## INDEX

Page

Employees
  Covered by Agreement...2, 6-7
  Probationary...3, 27-29
  Regular...29
  Surplus...41
  Transfer, Starting Jobs...27
Employment
  Condition of Continued...8-10
  Guaranteed...58-59
  Probationary...3, 27-29
  Temporary...29
Equal Seniority - Determination of...25
Equipment Furnished - Safety...61, 62
Examinations
  Medical...62
  For New Positions...57, 58
Extension of Agreement...3-5

**F**

Fixed Shift Worker...41-43
  Schedule Work Day...41-44
  Scheduled Work Week...41-44
Foremen or Supervisory Employees -
  Representation of...5
Foremen's Duties - Restriction on...7

**G**

Grievance Committee...14-16

v

## INDEX

| | Page |
| --- | --- |
| Grievance Procedure | 14-16 |
| Group Life Insurance | 74 |
| Military Service | 60 |
| Guaranteed | |
| Employment | 58, 59 |
| Work Week | 58, 59 |

**H**

| | |
| --- | --- |
| Headquarters | |
| Changing of | 52-53 |
| Holidays | 46-48 |
| Pay | 47, 48 |
| Within Vacations | 33, 34 |
| Hospital Insurance | 74 |
| Hours of Work | 41-44 |

**I**

| | |
| --- | --- |
| Illness | 36-38 |
| Inclement Weather | 54 |
| Income - Retirement | 73 |
| Increasing Forces | 24, 25 |
| Industrial Accident Compensation - | |
| Supplemental | 40 |
| Injuries - Employees Returning to Work - | |
| Light Duty | 38 |
| Insurance | |
| Dental | 74 |
| Group Life | 74 |

## INDEX

| | Page |
| --- | --- |
| Hospital/Medical | 74 |
| Interruption or Pyramiding Benefits | 76 |
| Investigation of Accidents | 61, 62 |

**J**

| | |
| --- | --- |
| Job Classification and Evaluation | 71-73 |
| Job Classifications - Changing of | 45, 46 |
| Job Description - | |
| Equivalent Qualification | 29 |
| Jobs Open Notices - Posting of | 25-28 |
| Jobs Outside the Bargaining Unit - | |
| Promotions to | 14 |
| Job Site Reporting | 52, 53 |
| Joint Governance | 1, 2 |
| Jurisdiction Over Work | 6, 7 |
| Jury Duty | 3, 56 |

**L**

| | |
| --- | --- |
| Labor Day - Work on | 51 |
| Laid Off Employees - Rehiring of | 24, 25 |
| Layoffs - Advance Notice of | |
| Or Demotions in Classified Seniority | 22-24 |
| Promotions, Demotions and Transfers | 13, 22-24 |
| Leave of Absence | |
| Military Duty | 20, 21, 36, 37, 60 |
| System Service and Seniority | 19, 20 |
| Union Duties | 21 |
| Life Insurance - Group | 74 |

## INDEX

| | Page |
|---|---|
| Light Duty - Return from Illness | 38 |
| Limitations on Sick Leave | 36-40 |
| Lists - Seniority | 20 |
| Lockout | 4 |
| Long Term Disability | 37 |
| Loss of Seniority | 22 |

**M**

| | |
|---|---|
| Maintenance of Membership | 5, 6 |
| Management of Membership and Rights | 12, 13 |
| Meal Compensation | 50, 51 |
| Medical Examinations | 62 |
| Medical Insurance Rate | 74 |
| Membership - Union Status | 8-11 |
| Military Service | |
| Group Life Insurance | 60 |
| Seniority | 21 |
| Vacations | 33 |
| Modified Shift Worker | 41-43 |
| Scheduled Work Day | 41-43 |
| Scheduled Work Week | 41-43 |
| Multiple Posting | 28 |

**N**

| | |
|---|---|
| New Employees | 3, 27-29 |
| No Strike Clause | 4, 5 |

viii

## INDEX

| | Page |
|---|---|
| **O** | |
| Off-Days - Consecutive | 43, 44 |
| Open Positions - Posting of | 25-27 |
| Outside Contractors - Equipment | 59 |
| Overtime | |
| Call-Out Pay | 48-51 |
| Division of | 45 |
| Planned | 49, 50 |
| Planned Outages | 54 |
| Time Off in Lieu of | 44, 45 |
| Work - Compensation | 43-45 |
| **P** | |
| Pay Day | 51 |
| Pay for (see Compensation for) | |
| Payroll Deductions for Dues and Service Charges | 10, 11 |
| Period of Agreement and Provisions | 3-5 |
| For Arbitration at End of Agreement | 35, 36 |
| Personal Day | 10, 11, 14 |
| Picketing | 14 |
| Picket Lines - Crossing of | 49, 50 |
| Planned Overtime | 54 |
| Planned Outages | |
| Posting of | |
| Notices - Jobs Open | 25-28 |
| Seniority Lists | 20 |
| Premise Rights - Business Manager | 57 |
| Premium Pay | 43-50 |

ix

## INDEX

| | Page |
|---|---|
| Probationary Employees | 3, 27-29 |
| Procedures - New or Revised | |
| Work Methods and | 12, 13 |
| Promotions | |
| Classified Seniority | 13, 22-29 |
| Temporary | 59, 60 |
| Waver of | 26 |
| Within and Outside the | |
| Bargaining Unit | 14 |
| Pyramiding or Interruption of Benefits | 75-76 |

### R

| | Page |
|---|---|
| Ratification by Membership | 4, 5 |
| Recognition | |
| of Union | 2 |
| Shift Work and Week End Work | 46 |
| Red-Circle | 39-40 |
| Reduction in Forces | 12, 13, 23, 25 |
| Regular (Present) Employees , | 8 |
| Maintenance of Membership | 41-43 |
| Regular Work Week | 24, 25 |
| Rehiring of Laid Off Employees | 10, 11 |
| Reinstatement of Union Security Clause | |
| Representation of Foreman or | |
| Supervisory Employees | 5 |
| Restrictions on Foremen's Duties | 7 |
| Resultant Promotions | 27, 28 |
| Retirement Income Plan | 73 |
| Retiring Employees' Vacation | 31 |

x

## INDEX

| | Page |
|---|---|
| Retrogression | 38-40 |
| Return from Sick Leave | 38 |
| Returning Military Service | |
| Classified Seniority | 21 |
| Employee's Vacation | 33 |
| Return to Bargaining Unit | 23 |
| Rights and Responsibilities, Management | 12 |
| Rotating Shift Worker | 42-43 |
| Scheduled Work Day | 41-43 |
| Scheduled Work Week | 41-43 |

### S

| | Page |
|---|---|
| Safety | |
| Advisory Committee | 62 |
| Devices | 61 |
| Savings Incentive Plan | 74, 75 |
| Scheduled Work Day | |
| Day Workers | 41-44 |
| Shift Workers | 41-43 |
| Training | 46 |
| Scheduled Work Week | |
| Day Workers | 41-44 |
| Shift Workers | 41-44 |
| Second Scheduled Off-Day | |
| Premium Pay | 43-50 |
| Security - Union | 8-10 |
| Seniority | |
| Classified | 18-29 |
| Division | 18 |

xi

INDEX

Page

Lists.................................................. 20
Loss of................................................ 22
Military Leave of Absence............. 20, 21, 36, 37, 60
Transfer Between Stations............ 19-20
Service Charges or Dues - Collection of ......... 10
Service - System .................................. 19-20
Loss of.............................................. 22
Shift Differential................................. 68-70
Shift Worker........................................ 41-44
Shift Worker's Scheduled Work Day........ 41-44
Shift Worker's Scheduled Work Week...... 41-44
Short Term Disability.......................... 37
Stewards - Union.................................. 63
Straight Shift Worker........................... 41-43
Scheduled Work Day........................... 41-43
Scheduled Work Week......................... 41-43
Strikes............................................. 4-5, 10-11
During Arbitration............................. 4
Successorship.................................... 76
Sunday Premium................................. 70-71
Supervisors and Foremen
Representation of.............................. 5
Surgical and In-Hospital
Medical Insurance............................. 74
Surplus Employees.............................. 41
System Service................................... 19-20

xii

INDEX

Page

T

Temporary Advancements -
Higher Classifications ....................... 59, 60
Planned Overtime.............................. 49, 50
Temporary Change of Schedule............ 46
Temporary Employee.......................... 29
Testifying for Company....................... 56
Time
Agreement Effective.......................... 3
Off for Voting.................................. 54
Off in Lieu of Overtime...................... 44, 45
Tool Allowance - Fleet Services............ 96
Training Schedules............................. 46
Transfers.............................. 12-13, 23-25, 27
Transportation, Meals and Lodging....... 52
Travel Pay....................................... 52, 53

U

Union Discrimination................. 8, 11-12
Union Duties - Leave of Absence.......... 21
Union Membership Status.................... 8-11
Union Security Clause......................... 8-10

V

Vacation
Dates........................................... 30, 31
Deceased Employee........................... 31
Employees Leaving Company.............. 33

xiii

## INDEX

| | Page |
|---|---|
| Illness or Injury During | 35 |
| Including Holiday | 32, 33 |
| Normal Vacation Period | 31 |
| One Day at a Time | 32, 33 |
| Pay | 30-35 |
| Qualify for | 31, 32 |
| Retiring Employees | 31 |
| Returning Military Service Employees | 33 |
| Voluntary Arbitration | 4 |
| Voting - Elections | 54 |

### W

| | Page |
|---|---|
| Wage Rates | 63-67 |
| Waiting Period - Sick Leave | 37 |
| Weather Conditions | 54 |
| Willingness and Intention to Join | |
| Union - Voluntary | 11-12 |
| Withdrawal of Membership - Provisions | 10 |
| Work | |
| Continuity of | 4-5 |
| Contracting of | 59 |
| In Classification | 6-7 |
| Jurisdiction of | 6-7 |
| on Labor Day | 51 |
| Stoppage | 4-6, 10-11 |
| Stoppage - During Arbitration | 4 |
| Upon Return from Sick Leave | 38 |
| Work Methods and Procedures - | |
| New or Revised | 12, 13 |

xiv

## INDEX

| | Page |
|---|---|
| Work Week | |
| For Payroll Purposes | 42-43 |
| Regular | 41-44 |
| Scheduled | 41-44 |
| Work Vacations | 34 |
| Workers - Day and Shift | 41-44 |
| Working Foreman | 7, 80, 82, 83, 85, 86, 88, 89, 90, 93, 94 |
| Working Rules | 79-96 |
| Power Operations | 79-82 |
| East Bend Station | |
| Miami Fort Station | |
| W.C. Beckjord Station | |
| Wm. H. Zimmer Station | |
| Woodsdale Station | |
| Operators | 82-84 |
| Substation | 84-86 |
| Electric Test | 86, 87 |
| Energy Delivery/Energy Services | |
| Work Rules | 87, 88 |
| Electric Trouble | 88-90 |
| Meter Operations | 90, 91 |
| Service Delivery | 90, 91 |
| Overhead Transmission & | |
| Distribution Construction | 91, 92 |
| Underground Cable & Equipment | 93 |
| Service Division | 93, 94 |
| Inventory and Materials Management | 95 |
| Trasportation Services | 96, 97 |

xv

# MEMORANDUM OF AGREEMENT

This Agreement made and entered into by and between The Cincinnati Gas & Electric Company and its Affiliate, The Union Light, Heat and Power Company, hereinafter referred to as the "Company", wholly owned subsidiaries of Cinergy Corp., and Local Union 1347 of The International Brotherhood of Electrical Workers, AFL–CIO, referred to hereinafter as the "Union".

The Company and the Union recognize that in order for the parties to meet the challenge of competition, the need for long term prosperity and growth, and establish employment security, each must be committed to a cooperative labor management relationship that extends from the bargaining unit members to the executive employees. The Company and the Union agree that employees at all levels of the Company must be involved in the decision making process and provide their input, commitment, and cooperation to improving productivity and helping Cinergy become the lowest cost producer and highest quality provider of energy service.

## Employee Representative Team Mission Statement

The Employee Representative Team (ERT) is recognized as a Union/Management partnership whose joint mission is to:

- Make labor relations at the Cincinnati Gas and Electric Company a participative effort to oversee

1

relationships between Union and Management personnel.

• Work toward the dissemination of information necessary to make decisions, manage changes, and move decisions to the most effective level possible.

• Develop a total commitment from each Employee to improve the working environment and support the organization's efforts to prosper and grow.

For the purpose of facilitating the peaceful adjustment of differences that may arise from time to time and to promote harmony and efficiency to the end that the Company, the Union and the general public may mutually benefit, the parties hereto contract and agree with each other as follows:

## ARTICLE I

Section 1. (a) The Company recognizes the Union, during the term of this Agreement, as the sole and exclusive representative of the employees in the bargaining unit defined as "The Electrical Workers Unit" by the National Labor Relations Board in its Decision and Direction of Election dated August 12, 1944, for the purpose of collective bargaining with respect to rates of pay, wages, hours of employment and other conditions of employment.

2

## ARTICLE I
## SECTION 1

(b) All new employees shall be classified as probationary employees for a period of one (1) year. Employees with six months or more of continuous service are eligible to receive supplemental industrial accident compensation, supplemental jury duty pay and will be entitled to bidding rights to other job classifications. Further, probationary employees shall have no recourse to the grievance procedure as set forth in Article II, Section 1 for the first six (6) months of the probationary period. However, after serving six (6) months of the probationary period, probationary employees will have recourse to the grievance procedure for any non-discipline related grievances.

Section 2. (a) This Agreement and the provisions thereof shall take effect on October 14, 1996 and shall be binding on the respective parties hereto until April 1, 2001 and from year to year thereafter unless changed by the parties.

(b) Either of the parties hereto desiring to change any section or sections of this Agreement and/or to terminate this Agreement shall notify the other party in writing of that intention at least sixty (60) days prior to April 1, 2001 or any subsequent anniversary date. If neither party gives such notice the Agreement shall continue from year to year. If such notice is given by either party the Agreement shall be open for consideration of the change or changes desired. Within fifteen (15) days from the date the first notice of intention to change is given by either party to the other,

3

**ARTICLE I**
**SECTION 2**

but not later than thirty (30) days prior to April 1, 2001 conferences shall commence for the purpose of considering the proposed changes. At the first such conference each party will submit its proposed changes, in writing, to the other party. Either party may notify the other party in writing of their desire to extend the current Agreement up to 90 days beyond April 1, 2001, if a new Agreement is not reached by April 1, 2001.

(c) In case of failure to reach an agreement on the changes desired by either or both parties, within a period of thirty (30) days following commencement of conferences, but in no event later than the renewal date of this Agreement, the changes shall be referred to arbitration as provided for in Article II, Section 2 hereof. Either party desiring to avail itself of arbitration in this case shall notify the other party in writing of its desire to arbitrate and at the same time name its arbitrator. The parties mutually agree that there shall be no strikes, work stoppages, slowdowns or lockouts pending the decision of the arbitrators. The provisions of this paragraph shall not apply in the event either party gives written notice to the other party at least sixty (60) days prior to April 1, 2001, of its desire to terminate the Agreement on April 1, 2001, if there remains at that time issues which the parties are unable to resolve.

(d) In the event agreement is reached on or before March 31, the 1996-2001 Agreement will be extended for a mutually agreed number of calendar days. The Union shall have one-half of the mutually agreed

4

**ARTICLE I**
**SECTION 2**

number of calendar days immediately following the date an agreement is reached in which to submit the Agreement to its membership for ratification and in case of failure to ratify, in order that the Company shall have the remaining one-half of the mutually agreed number of calendar days as notice before a strike or work stoppage commences. Providing the mutually satisfactory Agreement is ratified by the membership within the first one-half of the mutually agreed number of days following the date an agreement is reached, such Agreement will be made retroactive to the 31st day of March.

(e) It is agreed that this Agreement may be amended or added to at any time by written consent of both parties hereto.

**Section 3.** The Union agrees not to admit to membership or permit to retain membership for collective bargaining purposes any foreman or supervisory employee of the Company who is not employed in a classification within the unit now represented by the Union.

**Section 4.** (a) It is expressly understood and agreed that the services to be performed by the employees covered by this Agreement pertain to and are essential to the operation of a public utility and to the welfare of the public dependent thereon and in consideration thereof, as long as this Agreement and conditions herein be kept and performed by the Company, the Union agrees that

5

## ARTICLE I
## SECTION 4

under no conditions and in no event, whatsoever, will the employees covered by this Agreement, or any of them, be called upon or permitted to cease or abstain from the continuous performance of the duties pertaining to the positions held by them under this Agreement. The Company agrees on its part to do nothing to provoke interruptions of or prevent such continuity of performance of said employees, insofar as such performance is required in the normal and usual operation of the Company's property and that any difference that may arise between the above-mentioned parties shall be settled in the manner herein provided.

(b) The Company agrees that it will not attempt to hold Local Union 1347 of the International Brotherhood of Electrical Workers, financially responsible or institute legal proceedings against the Union because of a strike, slowdown or work stoppage not authorized, abetted or condoned by the Union. The Union agrees that any employee or employees who agitate, encourage, abet, lead or engage in such a strike, work stoppage, slowdown or other interference with the operations of the Company shall be subject to such disciplinary action as the Company may deem suitable, including discharge, without recourse to any other provision or provisions of the Agreement now in effect.

Section 5. (a) This Agreement covers all work done for the Company by the employees of the occupational classifications in the unit defined as "The Electrical Workers Unit" by the National Labor Relations Board

6

## ARTICLE I
## SECTION 5

Order dated August 12, 1944, which is covered by this Agreement. The unit so defined shall retain jurisdiction over such work as was normally performed by it prior to March 31, 1945, but such jurisdiction shall not be expanded except by mutual agreement of the parties hereto or through due process under the National Labor Relations Act.

Employees other than those covered by this Agreement shall continue to perform work normally performed by them prior to March 31, 1945, except where mutually agreed upon in specific instances as itemized in Departmental Rules of this Agreement.

(b) Except in case of emergency, work regularly done by employees in a classification shall be restricted to such work as is normally assigned to that classification, or work of a basically similar nature.

(c) Foremen's duties shall be restricted to direct supervision except in cases of emergency, for such incidental work as may occasionally be required or as may be otherwise outlined in the Departmental Work Rules.

Section 6. The Company and the Union agree to meet and deal with each other through their duly accredited representatives on matters relating to hours, wages and other conditions of employment of the employees of the Company covered by this Agreement.

7

**ARTICLE I**
**SECTION 7**

Section 7. Respecting the subject of "Union Security," the parties mutually agree as follows:

(a) All regular employees of the Company as of the ratification of this Agreement, who are not members of the Union shall not be required as a condition of their continued employment to join the Union. However, after April 1, 1997, all regular employees of the Company within the bargaining unit represented by the Union who are members of the Union, and who are not more than six months in the arrears with dues, or who may become members of the Union, shall be required as a condition of their continued employment to maintain their membership in the Union in good standing, subject to the annual ten day escape period hereinafter described.

(b) The Union agrees that neither it nor any of its officers or members will intimidate or coerce any of the employees of the Company to join or become members of the Union, nor will said Union or any of its officers or members unfairly deprive any employee within the bargaining unit represented by the Union of union membership or of any opportunity to obtain union membership if said employee so desires. In this connection the Company agrees that it will not discriminate against any employee on account of activities or decisions in connection with the Union except as the same may become necessary on the part of the Company to carry out its obligations to the Union under this Agreement.

8

**ARTICLE I**
**SECTION 7**

(c) If a dispute arises as to the actual union status of any employee at any time as to whether or not the employee has been unfairly deprived of or denied union membership, the dispute shall be subject to arbitration, in accordance with the arbitration provisions of Article II, Section 2 of this Agreement.

(d) Within thirty-one (31) days after July 1, 1967, or after the date of hire whichever is later, all employees who are not members of the Union, except those employees mentioned in subsection (i) of this section, shall be required as a condition of continued employment to pay to the Union each month a service charge as a contribution toward the administration of this Agreement in an amount equal to the monthly dues uniformly required by the Union Members. Such contributions shall be checked off upon proper written authority executed by the employee and remitted to the Union in the same manner as the dues of members.

(e) The Company agrees to dismiss any employee at the written request of the Union for non-payment of union dues or service charges or to discipline employees represented by the Union in the manner herein provided for violation of this Agreement, if requested to do so in writing by the Union. Nothing in this clause, however, shall be construed so as to require the Company to dismiss or discipline any employee in violation of any state or federal law.

9

## ARTICLE I
## SECTION 7

(f) The Union agrees that any present or future employee who is now or may become a member of the Union may withdraw from membership in the Union between September 21st and September 30 inclusive of each year, beginning with September 21, 1994, by giving notice by registered or certified mail to the Company. After such withdrawal an employee shall not be required to rejoin the Union as a condition of continued employment.

(g) The Company agrees that after proper individual authorizations by means of written individual assignments in a form mutually agreeable to both parties to deduct Union dues and service charges, and the original initiation fee from members' pay. This deduction shall be made once each month and shall be forwarded within seven calendar days to the authorized agent of the Union.

(h) The Union agrees that in the event of any strike, work stoppage, slowdown, picketing or any other interference to the work or the operations of the Company by a group of employees in the bargaining unit represented by the Union this section of the contract is then and there and by reason thereof automatically canceled and of no further force and effect; provided, however, that the Company may, upon the presentation of proof satisfactory to the Company, within ten days thereafter, that the Union did not directly or indirectly authorize, permit, endorse, aid or abet said strike, work

## ARTICLE I
## SECTION 7

stoppage, slowdown, picketing or interference referred to, reinstate this section of the contract, which section, if reinstated will, from and after the date of reinstatement, be of the same validity, force and effect as if it had not been canceled. In this connection, it is the expressed intention of the parties that for the purpose of making this cancellation provision effective without affecting the other sections of the contract, this contract is to be considered a severable contract. Should the automatic cancellation of this section occur, it is the intention and agreement of the parties that all other sections and provisions of the contract remain in full force and effect as therein provided. The Company agrees that it will not deliberately arrange or incite such interference to the work or operations of the Company as are referred to in this section.

(i) The Company agrees that after October 14, 1996, and as long as this section of the contract shall remain in full force and effect, that all persons, before they are employed as regular employees in any classification within the unit represented by the Union, shall be required to signify in writing their voluntary willingness and intention to join the Union not later than thirty-one (31) days after their employment by the Company.

Section 8. There shall be no discrimination, interference, restraint or coercion by the Company or the Union or their agents against any employee because of membership or non-membership in the Union, because of lawful activities on behalf of the Union, or because of

11

## ARTICLE I
## SECTION 8

race, color, religion, sex or national origin or ancestry or for any other reason. References to the masculine gender are intended to be construed to also include the female gender wherever they appear throughout the Agreement.

**Section 9.** (a) Except where expressly abridged by a specific provision of this Agreement, the Union recognizes that the management of the Company, the direction of the working forces, the determination of the number of men it will employ or retain in each classification, and the right to hire, suspend, discharge, discipline, promote, demote or transfer, and to release employees because of lack of work or for other proper and legitimate reasons are vested in and reserved to the Company.

(b) The above rights of Management are not all-inclusive, but indicate the type of matters or rights which belong to and are inherent to Management. Any of the rights, powers, and authority the Company had prior to entering this Agreement are retained by the Company, except as expressly and specifically abridged, delegated, granted or modified by this Agreement.

(c) The Company may adopt or revise any work methods and procedures which are not in direct conflict with the provisions of this Agreement. The Company will notify the Union, in writing, of any new or revised Company work methods and procedures. Such new or revised Company work methods and procedures shall

12

## ARTICLE I
## SECTION 9

not be effective until such notice is given.

(d) The foregoing three paragraphs do not alter the employee's right of adjusting grievances as provided for in Article II, Section I of this Agreement.

(e) In order to avoid possible grievances, the Company will discuss in advance with the representatives of the Union, promotions, demotions, layoffs, transfers and rehiring of employees in all classifications governed by this Agreement, except in instances where the employee with the greatest length of classified seniority is selected for promotion, or the employee with the least classified seniority is selected for demotion or layoff. The Company agrees that the Department Management will notify in writing in advance or as promptly as possible the Master Steward or Business Manager of the Union of promotions, demotions or transfers of employees covered by this Agreement.

(f) Except as herein provided, promotions, demotions, transfers or layoffs of employees covered by this Agreement made by the Company without discussion in advance with the Union representatives will not be considered permanent, until so discussed.

**Section 10.** A copy of any letter constituting disciplinary action by the Company against any employee covered by this Agreement shall be furnished to the employee and the Union. In case of a grievance

13

## ARTICLE I
## SECTION 10

resulting from such a warning letter see Article II, Section 1.

**Section 11.** In making promotions to any job outside the bargaining unit first consideration shall be given by the Company to employees with seniority and ability. The definition of the qualifications required for such a job and the determination as to whether any individual is qualified for the job is solely the responsibility of the Company.

**Section 12.** Employees shall not be required to cross a picket line except to perform work which is necessary to provide the normal services of the Company. A supervisor shall make the necessary arrangements with the picketing Union involved for the employee to cross the picket line.

## ARTICLE II

**Section 1. GRIEVANCE PROCEDURE** (a) Realizing the importance of avoiding delays in rendering decisions regarding grievances, the following procedure shall be followed. If after consultation of an employee covered by this Agreement with his immediate supervisor the employee still feels that he has a grievance arising out of this Agreement, the avenue of adjustment for such grievances shall be as follows:

First - Between the employee, the officially

14

## ARTICLE II
## SECTION 1

designated steward and the foreman or supervisor involved.

Second - Between the Steward or Business Manager and the District or Departmental Section Management.

Third - Between the Business Manager and, if necessary, a small committee representing the Union; and the Department Manager.

Fourth - Between the Business Manager and if necessary the officers of the Local Union and the officers of the Company or a designated representative of the Company.

(b) The procedure outlined in this section may be altered at the request of the Union in a discharge case by filing the grievance in writing initially at the third step of the grievance procedure.

(c) Employees engaged in the above grievance procedure during their working hours shall not suffer a loss of pay for such time.

(d) If a satisfactory settlement cannot be reached before the third phase of the procedure outlined above, the grievance shall be reduced to writing, in triplicate, by representatives of the Union.

(e) The aggrieved party shall have thirty (30) days after the postmarked date of the written decision of the

15

**ARTICLE II**
**SECTION 1**

fourth step grievance meeting to request arbitration as provided for in Section 2 of Article II of the Agreement. Failure to refer, in writing, the grievance to the arbitration procedure within the specified thirty (30) days' time limit will constitute settlement of the grievance.

**Section 2. ARBITRATION PROCEDURE.** (a) Should a mutually agreeable settlement of a difference arising out of this Agreement between the Company and the Union be impossible and either party desires to submit such a question to arbitration, that party shall notify the other party, in writing, of the questions to be arbitrated and shall also name their arbitrator within fifteen (15) days of the failure of both parties to agree. The other party shall name its arbitrator within ten (10) days after receiving such notice of the desire of the other party to arbitrate. The two arbitrators shall meet within ten (10) days after their appointment in an attempt to settle the questions referred to them and if they fail to reach a settlement then the two arbitrators selected by the parties shall try to agree on the third and neutral arbitrator. If no agreement can be reached within five (5) days on the selection of the third arbitrator the parties shall jointly request a list of seven (7) names of persons eligible to act as a third arbitrator from either the Director of the Federal Mediation and Conciliation Service or the local Regional Director of the American Arbitration Association. If the agency to be used cannot be mutually agreed to, the selection shall be by the flip of a coin. In the event of the failure of the two

16

**ARTICLE II**
**SECTION 2**

arbitrators to select the third arbitrator from said list of eligible persons, the two arbitrators shall jointly apply to the selected agency for an additional list of seven (7) names of persons eligible to act as a third arbitrator. In the event of the failure of the two arbitrators to select the third arbitrator from the second list of eligible persons, the two arbitrators, beginning with the arbitrator as determined by the flip of a coin, shall cross off names in turn until only one remains, whereupon the remaining name shall be acceptable to both parties as the neutral arbitrator and Chairman of the Arbitration Board.

(b) Matters referred to the three-man arbitration board shall be settled by the board with reasonable dispatch and decisions rendered by the board shall be final and binding on the parties hereto. The three-man arbitration board shall have no authority to add to, detract from, alter, amend, or modify any provision of this Agreement. It is also mutually agreed that there shall be no work stoppage or lockouts pending the decisions of the arbitrator or subsequent thereto.

(c) In the case of arbitration each party shall bear the expense of its own arbitrator. The neutral arbitrator's and other joint expenses mutually agreed upon shall be born equally by both parties.

17

ARTICLE III
SECTION 1

## ARTICLE III

**Section 1.** System Service shall date from the time an employee first earns compensation in the employ of the Company, except as such continuous service record may be lost in accordance with Item (b), Section 5 of Article III of this Agreement.

**Section 2.** Division Seniority shall be the total seniority accumulated in a specific division.

**Section 3.** Classified Seniority shall date from the time an employee is employed in a specific classification.

**Section 4.** For the purpose of this Agreement the Divisions of the Company shall be considered as follows:

(1) East Bend Station - Energy Commodities

(2) Miami Fort Station - Energy Commodities

(3) Walter C. Beckjord Station - Energy Commodities

(4) Wm. H. Zimmer Station - Energy Commodities

(5) Woodsdale Station - Energy Commodities

(6) Operators - Energy Delivery

18

ARTICLE III
SECTION 4

(7) Substation - Energy Delivery

(8) Electric Test - Energy Delivery

(9) Electric Trouble - Energy Delivery

(10) Meter Operations Service Delivery - Energy Delivery / - Energy Services

(11) Overhead Transmission and Distribution, Construction - Energy Delivery

(12) Underground Cable and Equipment - Energy Delivery

(13) Service Division - Energy Delivery

(14) Inventory and Material Management - Energy Delivery

(15) Transportation Services. - Energy Delivery

**Section 5.** (a) Company System Service shall be used to determine the amount of vacation an employee is eligible to receive.

(b) There shall be no transfer of classified seniority

19

## ARTICLE III
### SECTION 5

rights between the East Bend Station, the Miami Fort Station, the Walter C. Beckjord Station, the Wm. H. Zimmer Station and the Woodsdale Station.

(c) The Company shall maintain an up-to-date seniority list of all employees in each Division. Such list shall show System Service and Classified Seniority of each employee and shall be posted in a place or places accessible to all employees in such Divisions. If exception is not taken to the list as posted within thirty (30) days from the date of posting the list shall be considered as correct and no change will be made thereafter except by mutual agreement between the Company and the Union. Copies of these lists shall be forwarded to the Union.

(d) An employee entering military service shall continue to accumulate full system service and full seniority for the time specified by applicable laws provided that he returns with a certificate of satisfactory completion of his active service and applies for work within the time specified by said laws after his release from active duty.

When a regular employee returns from military service, as defined in the previous paragraph of this section, he shall be given an opportunity and reasonable assistance to qualify for any job to which he would have progressed in the promotional sequence in which he was employed at the time of his entry into military service; and he will be promoted to that classification at the time

20

## ARTICLE III
### SECTION 5

he becomes qualified and provided he bids every opening in his promotional sequence at the time he becomes qualified after he returns from military service. His classified seniority shall then be adjusted.

(e) Leave of absence may be granted, if requested in writing, to an employee with the written consent of the Company. Employees on leave of absence for Military Service, illness, injury, or Union business shall accumulate system service and seniority. Employees on leave of absence granted for any other reason shall not accumulate system service or seniority but system service and seniority already accumulated shall not be forfeited. Where a leave of absence is granted to any employee covered by this Agreement, the Company shall notify the Union in writing without delay.

(f) Any member or members not to exceed three (3) members elected or employed by Local 1347 of the Union whose duties for the Local require their full time shall be granted a leave of absence by the Company for six (6) months and additional six (6) months' periods thereafter providing that each member is from a different promotional sequence or that the Company has granted permission for two (2) members to be from the same promotional sequence. On return to the employ of the Company such employees shall be employed at their previous classification or other higher classification within this unit for which they may be qualified.

Employees on leave of absence who are employed full time by the Local Union shall be eligible to

21

**ARTICLE III
SECTION 5**

participate, at no cost to the Company, in the Medical Insurance programs and the Group Life Insurance program.

(g) An employee losing time due to illness or injury shall be entitled, upon recovery, if physically and mentally qualified, to the position held prior to such accident or illness.

(h) Employees will lose their system service and seniority who:

(1) Quit of their own accord. If such employees should return to work with the Company on a full-time basis, those employees will recoup their system service seniority previously held before leaving the Company.

(2) Is discharged for cause.

(3) Fails to report their availability for work within three (3) scheduled working days, fails to report for work within seven (7) days after being recalled from layoff or fails to make other arrangements satisfactory to the Company within the first three (3) scheduled working days after notification.

**Section 6.** (a) In making promotions within the bargaining unit classified seniority, ability and qualifications shall be taken into consideration. Ability

22

**ARTICLE III
SECTION 6**

and qualifications being sufficient seniority shall prevail. If any employee is promoted to a supervisory job outside the bargaining unit, he shall retain, for a period of one year, all classified seniority accumulated up to the date of his promotion. Such seniority may be exercised, through the established bidding procedures, within the bargaining unit, should such job be jeopardized because of lack of work or any other reason except for dismissal for cause. If an employee, who was a supervisor for more than one year, returns to the bargaining unit, he will receive a classified seniority date behind all incumbent employees in the job classification from which he be originally promoted. No supervisor may return to a bargaining unit job classification, if it would result in the layoff or prevent the recall from layoff, of an employee represented by the Union.

(b) In the event of a layoff or work force reduction, layoffs, demotions, and transfers shall be made on the basis of classified seniority within a promotional sequence in a department. An employee shall have the right to be returned to any starting level job classification previously held by him in the course of his employment with the Company if his seniority is sufficient to qualify him for such job and an opening or job vacancy exists. An employee does not recoup any classified seniority in those job classifications higher than the one to which he is assigned, despite the fact he may have previously worked in the higher job classifications, until he is permanently promoted to the

23

## ARTICLE III
## SECTION 6

higher job classification through the established posting procedure. For purposes of this paragraph, if an employee has not worked in a lower classification in his promotional sequence, he will be credited with classified seniority in each such lower job classification for all time worked in a job classification at the same or higher wage level within his promotional sequence. An employee, however, shall not have the right to be demoted or transferred to any classification in another promotional sequence which he has not previously held, except as provided in Article III, Section 7(f). Under no circumstances will an employee be permitted to arbitrarily select a job where no vacancy or job opening exists.

(c) Except for temporary or probationary employees, the Company shall give a two (2) weeks' advance notice to the Union of any general reduction in forces.

(d) When increasing forces the Company agrees to recall employees previously laid off for lack of work. When recalling occurs it shall be done on the basis of classified seniority and no new employee shall be hired in that promotional sequence until all regular employees in that promotional sequence who have been laid off within three (3) years have been recalled or rehired, provided that such former regular employees are available for work and are qualified to perform the job. Such former employees shall make satisfactory arrangements for reporting to work in accordance with

24

## ARTICLE III
## SECTION 6

Article III, Section 5(h) (3) after notification through the United States Mail, or by telegraph, addressed to the address last given to the Company by the employee. A copy of such notice shall be given to the Business Manager at the time the notice is sent to the employee. Failure of the employee so notified to report to work or doing so, within the time limit herein, shall be considered a waiver of re-employment rights by the employee. Employees who are on a layoff status from the Company shall be considered for hire, before other applicants, on the basis of system service, into job classifications for which they do not have a recall right for a period of three (3) years.

(e) Should time constituting seniority of any two or more employees be equal, the respective seniority of such employees shall be determined by lot by the Union and the Company notified in writing by the Union.

Section 7. (a)   When an opening in a job classification covered by this Agreement is to be filled, a notice shall be posted by the Company on all bulletin boards in the appropriate Division(s). A copy of such notice shall be mailed to the Business Manager of the Union. This notice shall be posted two weeks before the opening is permanently filled. This period of posting may be reduced to seven (7) days provided that any employees with greater seniority who may be off duty during the entire seven (7) day posting period are notified of the posting by a copy of the posting notice

25

**ARTICLE III**
**SECTION 7**

mailed, by registered or certified mail, to their home address on record in the Employee Relations Section of the Human Resources Department. Where a notice is posted as provided above and the opening has not been filled sixty (60) days after the closing date of the posting, it shall be invalid and a new posting made before the opening is permanently filled. This shall not preclude the management from filling the opening by assignment if no qualified bids are received on the first posting of the opening. This procedure may be modified in departmental rules where mutually agreed upon.

(b) Subject to the approval of the Company and the Union any employee may waive his right to promotion or temporary advancement either within or outside the bargaining unit if such waiver does not prevent other employees from acquiring experience in the job held by him. Such waiver must be submitted to the Company and the Union in writing at least seven (7) days in advance. A request for withdrawal of such a waiver must be submitted in writing.

(c) When an employee waives his right to a position, the next employee shall be entitled to such position, on a seniority and sufficient qualification basis, and so on until the position is filled.

(d) An employee waiving his right under this provision cannot later claim that particular job as a seniority right; however, the employee making such

26

**ARTICLE III**
**SECTION 7**

waiver shall not prejudice his right to accept future vacancies or positions that may occur, on a basis of his classified seniority and qualifications.

(e) An employee permanently established in a classification under the provisions of this section of the Agreement shall not be replaced later by an employee who may have developed sufficient seniority or qualifications.

(f) Any employee who may make application to the Employment Office for transfer to a starting job for which he may be qualified will be given preference for consideration before a new employee is hired for the job. Anyone transferring as provided herein shall not receive a reduction in rate unless his rate of pay exceeds the maximum rate of the job to which he is transferred. In such case his rate shall be reduced to the maximum rate of that job. For the first six (6) months after an employee transfers as provided herein, he may be discharged without recourse to the grievance procedure of this Agreement.

(g) When an opening occurs in a job classification, employees already in that job classification within the Division may exercise their seniority rights to cross bid for the particular opening. The employee already in the job classification within the Division who cross bids and who can qualify will be selected; however, only one cross bid will be allowed. When an opening has been filled in accordance with the procedure outlined above,

27

## ARTICLE III
## SECTION 7

the resultant openings will be filled by promotion of employees from the next lower job classification in the particular promotional sequence in accordance with the provisions of this Agreement. An employee shall not have the right to bid on a demotion but may request in writing consideration for a demotion.

The procedure outlined above is not applicable to those Divisions where the multiple posting system is in use. In the Divisions where multiple posting is used, the employees are permitted to submit their applications for promotion or cross bid in advance of an opening. An employee shall not have the right to bid on a demotion but may request in writing consideration for a demotion. When openings occur, they will be posted on the bulletin boards at the various headquarters within the appropriate Division(s). In the Divisions where multiple posting is used and job openings exist cross bids will be permitted at each job classification level before promotions are made and until the posting is completed.

This Section of the Agreement shall not be interpreted in such a way as to enable employees to utilize seniority in the selection of a particular shift, working crew or job assignment, but supervisors may make such assignments on the basis of an employee's request with consideration to the requirements of the job to be filled and the seniority of the employee.

(h) All new employees and all employees

28

## ARTICLE III
## SECTION 7

transferring from other bargaining units into a job classification represented by the Union shall be classified as probationary employees for a period of one (1) year and shall have no system service and seniority rights during that period. After one (1) year continuous service as a probationary employee, such employees shall be classified as regular employees and their system service and seniority record shall include their previous employment as probationary employees and any other previous employment to which they are entitled. The Company shall have the right to lay off or discharge probationary employees for cause and there shall be no responsibility for re-employment of such employees after they are discharged or laid off during the probationary period.

(i) Employees hired for a specific temporary project of limited duration shall be classed as temporary employees and shall not acquire system service or seniority rights. The Union shall be notified in writing of the hiring of such employees and of the project and probable duration for which they are employed. The Union shall be notified in writing of any change in the employment status of such employees.

Section 8. An employee, when permanently assigned to a job classification and qualifying in all respects with the exception of time spent in the preceding classification as required in the qualification section of the job description, shall be considered as having the equivalent of such required time.

29

**ARTICLE IV**
**SECTION 1**

**ARTICLE IV**

Section 1. VACATIONS. (a) Vacations for hourly rated employees will be granted with pay during the calendar year in which they complete the specified number of years of service on the following basis:

(1) Employees with less than one (1) year of service with the Company shall be entitled to one (1) day of vacation for each month worked, with a maximum of ten (10) days total.

(2) Employees with one (1) year of service with the Company shall be entitled to a vacation of two (2) weeks.

(3) Employees with seven (7) or more years of service with the Company shall be entitled to a vacation of three (3) weeks.

(4) Employees with fifteen (15) or more years of service with the Company shall be entitled to a four (4) week vacation or, if required to work by the Company, payment of one week's wages (forty hours at straight time) in lieu thereof for the fourth week.

(5) Employees with twenty-one (21) or more years of service with the Company shall be entitled to a five (5) week vacation or, if required to work by the Company, payment of one week's wages (forty hours at

30

**ARTICLE IV**
**SECTION 1**

straight time) in lieu thereof for the fifth week.

(6) Employees with thirty-four (34) or more years of service with the Company shall be entitled to a six (6) week vacation or, if required to work by the Company, payment of one week's wages (forty hours at straight time) in lieu thereof for the sixth week.

(b) The normal vacation period shall be from Memorial Day to September 30, inclusive. An employee who is eligible for more than a two (2) week vacation may be required to take the vacation in excess of two (2) weeks outside the normal vacation period.

(c) Retiring employees will receive one-twelfth (1/12) of their vacation allotment for each month they are on the payroll in the year in which they retire.

The estate of an employee who dies will be paid one-twelfth (1/12) of the vacation he would have received in the following calendar year, up to the beginning of the month of his death, for each month in which he receives compensation, other than Short and Long Term Disability pay, for at least one-half of the regularly scheduled working days in the month.

(d) In order for an employee to qualify for a vacation, the employee must have been on the Company payroll as a full-time regular or probationary employee on the last day in the calendar year previous to the vacation, and must have been available whenever

31

ARTICLE IV
SECTION 1

necessary for the Company medical examinations and reports.

(e) Every effort will be made to grant vacation at a time suitable to the employee, but should the number leaving on vacation in any one period handicap the operations of the Company, the Company reserves the right to limit the number receiving vacations. Preference for vacations shall be granted within a classification at a headquarters on a system service basis within the bargaining unit.

Vacations must be selected for full weeks. However, an employee entitled to two or more weeks of vacation in a calendar year may arrange to take five days of that vacation in one day increments. Requests for these days must be made at least seven calendar days prior to the date requested and must be approved by supervision. However, because of extenuating circumstances, a day off with less than a seven calendar day notification may be approved by an employee's supervisor. An employee entitled to five or more weeks of vacation in a calendar year may arrange to take ten days of that vacation in one day increments. However, because of extenuating circumstances a day off may be taken with less than the seven calendar day notification with approval by supervision. Requests for at least five of these ten days must be made seven or more calendar days prior to the date requested and must be approved by supervision. The Company reserves the right to limit the number of employees who can be off on a specific

32

ARTICLE IV
SECTION 1

day and may, but cannot be required to, grant a one day increment on a work day preceding or following a holiday or other vacation. Such one day increments must be utilized before an employee's scheduled vacation in a particular year is exhausted.

(f) Any employee leaving the Company's service shall receive all vacation pay he has earned in accordance with Article IV, Section 1.

(g) Time lost because of a leave of absence due to injury or illness shall not be considered as a break in continuous service, providing the employee is available whenever necessary for the Company medical examinations and reports during the leave of absence. Vacation will be granted in accordance with Article IV, Section 1(d).

(h) Employees returning from military service in a subsequent calendar year will receive current year vacations as follows:

| Month in which employee returns to Company employment | Amount of vacation based on system seniority of employee |
| --- | --- |

Up to and including June...................Full
July, August, September...................One-Half
After September...................None

(i) When a holiday falls within an employee's

33

## ARTICLE IV
## SECTION 1

vacation such employee shall receive either eight (8) hours additional pay to compensate for the loss of such holiday or one additional vacation day shall be allowed immediately before or immediately after the vacation period at the discretion of the Company.

An employee leaving the Company, except due to retirement, will not receive holiday pay for a holiday which occurs after the employee's last day worked.

An employee leaving the Company due to retirement and drawing vacation pay will receive eight (8) hours straight time holiday pay in addition to regular vacation pay when a holiday falls within the vacation pay period.

(i) An employee required by the Company to work during his normal vacation period shall be paid at his regular rate for all such time worked as provided in this Agreement and in addition shall receive such pay as he would normally have received for the vacation period.

The Company will not require an employee to work during his scheduled vacation period unless the absence of such employee would jeopardize the maintenance of continuous service by the Company. The Company agrees to notify the Union in writing of each instance where an employee is required to work during his scheduled vacation, outlining the nature of the emergency requiring such action.

34

## ARTICLE IV
## SECTION 1

(k) Any employee who becomes legitimately ill immediately before his scheduled vacation shall not be required to take his vacation during such an illness. If, however, an employee becomes ill after his vacation period has begun he shall not be entitled to sick pay during his vacation period. All vacations must be taken within the calendar year that they become due, except for sabbatical vacation.

An employee's vacation will start when the employee is released from duty on his last regularly scheduled working day prior to the scheduled vacation, and shall end at the start of his first regularly scheduled working day following the scheduled vacation. However, prior to the beginning of his scheduled vacation, an employee may indicate, in writing to his supervisor, that he desires to be considered for work on what would have been normal off days at the beginning or end of his scheduled vacation.

**Section 2.** (a) An employee who has completed six (6) months of continuous service shall be entitled to four (4) compensated personal days off each calendar year. Requests for personal days must be made at least seven (7) calendar days prior to the date requested and must be approved by management. However, because of extenuating circumstances, a day of with less than a seven (7) calendar day notification may be approved by an employee's supervisor. This seven (7) calendar day notification will be reduced to five (5) calendar days effective January 1, 1998. Arrangements for all

35

## ARTICLE IV
## SECTION 2

personal days must be made with supervision on or before November 1 of each year or it shall be lost. The Company reserves the right to limit the number of employees who can be off on a specific day. If a personal day is not used during a year, it shall be lost and no additional compensation shall be granted.

(b) An employee who has completed six (6) months of continuous service shall be entitled to one (1) compensated Diversity Day off each calendar year. Requests for this day must be made at least seven (7) calendar days prior to the date requested and must be approved by management. However, because of extenuating circumstances, less than a seven (7) calendar day notification may be approved by an employee's supervisor. This seven (7) calendar day notification will be reduced to five (5) calendar days effective January 1, 1998. The Company reserves the right to limit the number of employees who can be off on a specific day for business needs. However, every effort will be made by supervision to honor an employee's request for this Diversity Day. If the Diversity Day is not used during a year, it shall be lost and no additional compensation shall be granted.

Section 3.  ABSENCE DUE TO SICKNESS OR ACCIDENT:

(a) Regular employees who are actively working on January 1, regular employees who return to work from an authorized extended absence on or after January

36

## ARTICLE IV
## SECTION 3

1, probationary employees who become regular employees on or after January 1, shall be paid as gross wages, for absent time due to bona fide illness or injury, a maximum annual amount equal to 40 hours at their regular Straight Time Pay. Such payment shall be made by the Company on the nearest practicable regular pay day following the date such employee becomes eligible.

(b) After an employee has been continuously disabled, subject to medical determination, and unable to return to work for more than seven consecutive calendar days, the employee will receive Short Term Disability consisting of full compensation for up to twenty-six (26) weeks or until the employee is able to return to work, whichever occurs first.

Failure to present a certificate from a physician licensed to practice medicine prior to the end of the seventh (7th) consecutive calendar day or failure to provide a legitimate excuse will cause the employee's Short Term Disability to be denied until the time such certificate is received.

(c) After an employee has been continuously disabled, subject to medical determination, and is unable to return to work for more than twenty-seven (27) consecutive weeks, and has exhausted Short Term Disability Benefits, the employee will receive Long Term Disability benefits as described in the Company's Long Term Disability Plan Description.

37

## ARTICLE IV
## SECTION 3

(d) In order to facilitate the scheduling of the work forces, an employee who will be absent from work is expected to notify the Company as soon as possible. Unless an employee submits a legitimate excuse for not reporting the cause of his absence before the end of the first scheduled working day of such absence, the employee's claim for short term disability shall not begin until such notice is received.

(e) No wages will be paid under Article IV, Section 3 for illness caused by venereal disease, use of drugs, intoxication, or willful intention to injure oneself or others, by the commission of any crime by the employee, or his refusal to adopt such remedial measures as may be commensurate with his disability or permit such reasonable examinations and inquiries by the Company as in its judgment may be necessary to ascertain the employee's condition.

(f) The Company agrees that on an employee's return from illness, or disability of any kind, an effort will be made to find a less strenuous type of work for such employee until such time as the Company's and the employee's physician agree that he is capable of taking up his former duties. During this temporary period the employee shall be paid his regular classified rate of pay.

(g) If employees with twenty-five (25) or more years of service become physically unable to satisfactorily and safely perform the regular duties of their classification, an effort will be made by the Company to find work of a

38

## ARTICLE IV
## SECTION 3

less strenuous nature for which they are qualified and to which the employees will be retrogressed. At the time of their assignment to a job of a lower classification their hourly wage rate will be reduced by ten cents (10¢) per hour and at six month periods will be reduced by ten cent (10¢) steps until their hourly wage rate conforms to the maximum hourly wage rate of the job classification to which they are assigned.

(h) If employees with twenty (20) to twenty-four (24) years of service become physically unable to satisfactorily and safely perform the regular duties of their job classification, they may request a demotion to a lower classification requiring work of a less strenuous nature for which they are qualified to perform. If such a demotion is granted by the Company, these employees will be assigned to a lower classification and will have their hourly wage rate red-circled until it is equal to the maximum hourly wage rate of the job classification to which they have been demoted. Employees whose wages have been red-circled and who subsequently achieve twenty-five (25) years of service will become retrogressed in accordance with paragraph (g) above.

(i) If employees with less than twenty (20) years of service become physically unable to satisfactorily and safely perform the regular duties of their job classification, they may request a demotion to a lower classification requiring work of a less strenuous nature for which they are qualified to perform. If such a demotion is granted by the Company, these employees

39

**ARTICLE IV**
**SECTION 3**

will be assigned to a lower classification and will have their hourly wage rate red-circled at 50% of the differential between the maximum wage rate of the job classification to which they are demoted and their former job classification. Two years after being assigned to the lower paying job, the employee's wage rate will be reduced to the maximum wage rate of the employee's current job classification.

Section 4. INDUSTRIAL ACCIDENTS. (a) An injured employee who is unable to work because of an industrial accident will be paid a supplement in an amount equal to 100% of their weekly wage (40 hours), less the state mandated compensation. This supplemental industrial accident compensation will begin after an initial seven (7) calendar day waiting period and will continue for not more than twenty-six (26) weeks of continuous disability. However, if an industrial accident disability continues for fourteen (14) or more calendar days, the employee will receive this supplemental industrial accident compensation for the initial seven (7) day waiting period.

(b) An injured employee who has been continuously disabled due to an industrial accident, subject to medical determination, and is unable to return to work for more than twenty-six (26) consecutive weeks, and has exhausted Short Term Disability benefits, will receive Long Term Disability benefits as described in the Company's Long Term Disability Plan Description.

40

**ARTICLE IV**
**SECTION 5**

Section 5. SURPLUS EMPLOYEES. Should an employee be declared a surplus employee, an effort will be made by the Company to find another job classification for which the employee is qualified. An employee assigned to a job of a lower classification as a result of his being a surplus employee will maintain his present hourly rate until the maximum hourly wage rate for the job classification to which he has been assigned is equal to the employee's present hourly wage rate or until the employee is promoted into a job opening for which he is qualified.

**ARTICLE V**

Section 1. (a) Definitions of Workers:

Day Worker - An employee whose Regular Scheduled Work Period falls between the hours of 6:00 a.m. and 6:30 p.m. and whose Regular Scheduled Work Week does not vary.

Straight Shift Worker - An employee whose Regular Scheduled Work Period does not vary, but whose Regular Scheduled Work Week varies according to a prearranged schedule.

Fixed Shift Worker - An employee whose Regular Scheduled Work Period and whose Regular Scheduled Work Week do not vary but who may work any of three shifts.

41

**ARTICLE V
SECTION 1**

Modified Shift Worker - An employee whose Regular Scheduled Work Period varies but whose Regular Scheduled Work Week remains constant.

Rotating Shift Worker - An employee whose Regular Scheduled Work Period and Regular Scheduled Work Week both vary according to a prearranged schedule.

(b) These definitions attempt to define the types of schedules of the employees, however, it is not meant to limit the hours that an employee may be scheduled by existing practices or future schedules that may be developed by mutual agreement of the parties.

(c) The Regular Scheduled Work Period for Day Workers, Straight Shift Workers, Fixed Shift Workers, and Modified Shift Workers will consist of eight (8) or ten (10) consecutive hours exclusive of the lunch period.

(d) The Regular Scheduled Work Period for Rotating Shift Workers shall be eight (8) or ten (10) consecutive hours comprising his regularly scheduled shift, except where modified by the Work Rules.

(e) For payroll purposes, the regular Work Week for all workers shall begin at midnight Sunday, and employees working on a shift beginning two (2) hours or less before midnight will be considered as having

42

**ARTICLE V
SECTION 1**

worked their hours following midnight.*

*For exceptional shifts varying more than two (2) hours from a midnight origin or termination and where the shift overlaps from one day into another day the time shall be reported and paid for on the basis of the calendar day in which the shift begins, except on a holiday. Where a shift overlaps by more than two (2) hours from one day into another on a holiday, the time shall be paid for on a calendar day basis which will begin and end at the respective midnight periods.

Schedules for all employees will be based on the time prevailing in the City of Cincinnati.

(f) The Regular Scheduled Work Week for Day Workers, Fixed Shift Workers and for Modified Shift Workers shall begin on Monday and shall consist of five (5) consecutive days from Monday to Friday, inclusive, except as otherwise mutually agreed to by the parties.

(g) The Regular Scheduled Work Week for both Straight Shift Workers and Rotating Shift Workers shall begin on Monday and end on Sunday.

(h) Off-days for both Rotating Shift Workers and Straight Shift Workers shall be consecutive but not necessarily in the same work week.

(i) Time and one-half shall be paid for overtime; for all time worked outside of the Regular Scheduled Work

43

## ARTICLE V
## SECTION 1

Day; for all time worked on a scheduled off-day, except the second (2nd) off-day.

Time and one-half shall be paid for the first eight (8) hours worked on a holiday in addition to Holiday Pay.

(j) Double time shall be paid for the time worked on an employee's second scheduled off-day. Day workers and employees who work four (4) day ten (10) hour schedules between the hours of 6:00 a.m. and 6:30 p.m. only, will have Sunday as their double time day.

Double time shall be paid for all time worked in excess of eight (8) hours on a holiday.

Double time shall be paid for all emergency time worked for other utilities at their respective operating locations. Work performed at any location or facility owned and/or operated by Cinergy Corp., or its subsidiaries is excluded from this double time provision.

(k) Employees required to work more than 16 consecutive hours will be paid double time for all time worked in excess of, and contiguous with, the 16 consecutive hours.

(l) In no case will an employee be forced to take time off in lieu of overtime. Should an employee elect not to work during his Regular Scheduled Work Day he shall not receive pay for such time. A Day Worker's Regular Scheduled Work Day may be changed, at the

44

## ARTICLE V
## SECTION 1

applicable premium rate of pay, for projects or operations that exceed one (1) day's duration.

(m) The Company shall be the sole judge as to the necessity for overtime work and the employee shall be obligated to work overtime when requested to do so. Overtime shall be divided as equally and impartially as possible among all employees within a job classification of a headquarters or as may be contained in the work rules unless an employee designates, in writing, that he does not wish to be called for overtime. Such waiver does not excuse an employee from overtime work when requested to do so. Overtime lists showing overtime hours paid for and overtime hours waived shall be posted once each month on the Company bulletin boards in each headquarters.

(n) Employees temporarily upgraded to a job classification shall not be scheduled to work planned overtime when a qualified employee established in the job classification in that headquarters is available for work.

(o) When an employee changes headquarters or job classifications, the total of his overtime hours, including overtime hours worked or waived, will be canceled. The employee will then be charged with the same number of hours as the average of combined overtime hours worked and waived by all employees within that classification at the headquarters. When averaging overtime, omit the hours of any ill or injured employee

45

## ARTICLE V
## SECTION 1

whose hours have dropped below the lowest man for the group. Upon his return to work, his hours will not be included in the average until they are equal to those of the lowest man in the classification.

(p) The Union recognizes the need for shift work and weekend work in order to provide for continuous operation. Premium rates will apply as set forth in Article V, Section 1, (i), (j) and (k).

(q) The Company reserves the right to temporarily change the schedule of any employee upon notice to the employee of not less than forty-eight (48) hours, subject to the exceptions outlined in the Departmental and Divisional Working Rules in Exhibit A of this Agreement.

(r) The hours of any employee assigned to a training program may be adjusted to a uniform day schedule so that all employees involved in a particular program will be working on a consistent schedule.

Section 2. It is agreed that the Scheduled Work Week shall consist of five (5) eight-hour or four (4) ten-hour days and forty (40) hours per week.

Section 3. (a) The following days are observed as regular holidays which will be recognized on the indicated dates. The Company may change the date for recognizing a holiday if the date indicated is changed by a legislative enactment or if the prevailing community

46

## ARTICLE V
## SECTION 3

practice is not consistent with the indicated date.

| Holiday | Date Recognized |
| --- | --- |
| New Year's Day | January 1 |
| Memorial Day | last Monday - May |
| Independence Day | July 4 |
| Labor Day | first Monday - September |
| Thanksgiving Day | Fourth Thursday-November |
| Day after Thanksgiving | Friday after Thanksgiving |
| Christmas Eve | December 24 |
| Christmas Day | December 25 |

(b) If the recognized date of a holiday occurs on a Saturday or Sunday the Company will have the option of observing that holiday on another date which the Company determines to be consistent with the community practice or paying eight (8) hours of regular straight time pay in lieu thereof for the holiday.

(c) Regular employees whose duties do not require them to work on holidays will be paid straight time; regular employees who are required to work on a recognized holiday for a period of four (4) hours or less not contiguous with hours worked into or out of the holiday will be paid for four (4) hours at time and one-half in addition to their straight time holiday pay. Employees who are required to work on a recognized holiday for more than four (4) hours not contiguous with hours worked into or out of the holiday but less

47

## ARTICLE V
### SECTION 3

than eight (8) hours will be paid for eight (8) hours at time and one-half in addition to their regular straight time holiday pay. Employees required to work on a holiday which is also their second off day will be paid at the rate of double time for the first eight (8) hours worked on the holiday. Employees who are required to work more than eight (8) hours on a recognized holiday will be paid at the rate of double time for all such work in excess of eight (8) hours. An employee must work either his full scheduled day before, or his full scheduled day after a holiday to be entitled to receive holiday pay.

(d) An employee will not be compensated for travel time on a call-out which occurs on a regular holiday.

(e) Employees who are on a four (4) day-ten (10) hour schedule will receive ten (10) hours of straight time pay if a holiday falls within their regular scheduled work week but they are not required to work the holiday. Employees whose regular scheduled work week does not include the paid holiday will receive eight (8) hours of straight time holiday pay.

Section 4. (a) An employee called out for overtime work shall receive a minimum of four (4) hours' pay at time and one-half, and double time if on an employee's second scheduled off-day.

(b) Employees called out, ahead of their regularly scheduled starting time, for other than planned overtime, shall be paid a minimum of four (4) hours at the

48

## ARTICLE V
### SECTION 4

appropriate overtime rate. A call-out shall be defined as notice to report for unscheduled work given to an employee by telephone or messenger after he has left his headquarters or place of reporting. Travel time of one-half hour each way, at the appropriate overtime rate of pay, will be allowed on a call-out when such call-out exceeds four (4) hours of continuous work that is not contiguous with a regularly scheduled shift. Employees will not be compensated for any travel time on a call-out when the employee is not released from work before his regularly scheduled shift, nor will travel time be allowed when overtime is worked continuously at the end of a regularly scheduled shift.

An employee shall be compensated for two (2) hours, at the straight time rate, if before reporting to work, a call-out overtime assignment is canceled later than one (1) hour after the original notification.

(c) Planned overtime shall be defined as time worked upon notice to an employee given before leaving his headquarters or place of reporting, or in case of an off-day, during or before what would have been his scheduled hours on that day, that he is to report outside of his regular schedule on any succeeding day. Such time worked shall be paid for at the appropriate overtime rate but not for less than four (4) hours unless such planned overtime extends into or directly follows the employee's regularly scheduled work day, when it shall be paid for at the appropriate overtime rate for the actual hours worked.

49

## SECTION 4

(d) When planned overtime is canceled, notice shall be given before an employee leaves his headquarters or place of reporting, or by telephone during or before what would have been his scheduled hours on the day preceding the planned overtime.

(e) An employee, who is scheduled for planned overtime and who is not notified of the cancellation of the planned overtime, within the prescribed period of time, but is notified by telephone before he reports for work, or cannot be notified by telephone and reports for work, shall receive two (2) hours pay at straight time. If planned overtime is rescheduled to begin more than eight (8) hours after the original starting time, the employee shall receive two (2) hours pay at straight time.

Section 5. (a) Except as otherwise provided, when employees are required to work ten (10) consecutive hours (excluding time taken out for meals), he shall be furnished a meal, or compensation in lieu thereof, and each contiguous five (5) hour interval worked thereafter until released from duty. Employees who work a four (4) day-ten (10) hour schedule shall be furnished a meal, or compensation in lieu thereof whenever they work one hour or more in excess of their normal work day, and an additional meal, or compensation in lieu thereof, for each contiguous five (5) hour interval worked thereafter until released from duty.

50

## ARTICLE V
## SECTION 5

(b) When an employee is called out on either his scheduled off day, or four (4) or more hours before his regularly scheduled starting time, he shall be furnished a meal, or compensation in lieu thereof, for each contiguous five (5) hour interval worked even though he works into his regularly scheduled work day.

(c) Employees scheduled to work a double shift (two consecutive eight (8) hour shifts on different work days) shall be entitled to meals, or compensation in lieu thereof, during this sixteen (16) hour period.

(d) The meal compensation allowance referred to throughout this Agreement shall be as follows:

| Effective 10/14/96 | Effective 4/1/00 |
|---|---|
| $8.75 | $9.00 |

Section 6. No construction work shall be performed by employees included in this Agreement on Labor Day, except that which is necessary to protect life, property or continuity of service.

Section 7. Pay-day for employees covered by this Agreement shall be on Friday of every other week. When it is reasonably possible, checks will be delivered to the employees not later than quitting time on Thursday.

51

**ARTICLE V**
**SECTION 8**

**Section 8.** (a) When conditions require that an employee shall work at such a distance from his regular headquarters that returning to his headquarters each day would be impracticable, the Company at its option shall either provide transportation, meals and lodging or reimburse the employee to a reasonable amount for expenses incurred. If such an employee is not required to work on his regular off-days, the Company shall provide transportation to his regular headquarters or shall pay him straight time for eight (8) hours in each twenty-four (24) hours in each such off-day and shall furnish meals and lodging for each such off-day.

(b) Employees required to train outside the Company's service area as part of a training program will be paid at their regular straight time rate when participating in the training program and, in addition, will be provided reasonable expenses for transportation, meals and lodging.

**Section 9.** (a) Each employee shall have a specific headquarters for reporting for work. However, the right of the Company to temporarily assign employees to other locations to properly run its business is recognized.

(b) When it is necessary to temporarily assign employees to a headquarters other than their own or to a job site reporting location that is farther from their home than their regular headquarters, such employees

52

**ARTICLE V**
**SECTION 9**

will be paid mileage at the amount per mile approved by the Internal Revenue Service, based on the additional round trip mileage employees are required to drive. No mileage compensation will be paid for the temporary assignment if the other reporting location is closer to the employee's home.

(c) Job site reporting and other temporary assignments will be offered on a voluntary basis. If there is an insufficient number of volunteers, assignments will be made on a junior qualified basis. When assigning the junior qualified, unusual or extenuating circumstances will be taken into consideration.

(d) Employees may be assigned to drive Company vehicles from and to the job site from home or sites close to home. If Company vehicles are used in such a manner, the mileage provisions for job site reporting are not applicable. During a job site reporting assignment, depending on Company vehicle availability, employees at their option, may pick up and return such Company vehicle to their regular headquarters, provided such travel is on their own time.

(e) Employees in the Materials Management, Transportation, and Power Operations Departments will not be subject to job site reporting. However, if employees from these departments are temporarily assigned to a headquarters other than their own, the

53

ARTICLE V
SECTION 9

provisions of this section will apply.

Section 10. (a) The Company will not require employees to do construction or maintenance work in exposed locations out of doors during heavy or continuous storms or excessively cold weather, unless such work is necessary to protect life, property or continuity of service.

(b) Employees covered by this Agreement shall not be required to lose time due to such weather conditions, but the Company may provide work indoors at their regular rate of pay.

(c) Employees will be permitted to waive overtime when planned outages have been prearranged with the customer wherein the outage may not be deferred due to inclement weather, however, if the desired number of employees, from each of the required job classifications, are not acquired on a voluntary basis the qualified employees with the lowest accumulated overtime will be assigned. This work, when possible, will be performed "dead" and the employees will be furnished with the appropriate weather gear when necessary.

Section 11. Any employee covered by this Agreement who is eligible to vote in any City, County, State or National election shall be allowed a reasonable time off with pay, if necessary, to vote if he so desires.

Section 12. Upon the death of the designated

54

ARTICLE V
SECTION 12

relatives of an employee, the employee, upon request, may be entitled to the stipulated maximum number of calendar days off for which he is entitled to receive regular pay for not more than the indicated number of consecutive working days, including the day of the funeral. If prior arrangements are made, an employee may include a maximum of one (1) day following the funeral as one of the consecutive working days off, and in the case of a spouse, child, mother, father, brother or sister, two (2) days following the funeral. No pay will be granted for regular scheduled off days.

| Relationship | Maximum Consecutive Calendar Days Off | Maximum Consecutive Working Days Off With Pay |
| --- | --- | --- |
| Spouse or Domestic Partner | 7 | 5 |
| Child | 7 | 5 |
| Mother | 7 | 5 |
| Father | 7 | 5 |
| Brother | 7 | 5 |
| Sister | 5 | 3 |
| In-laws (father, mother, brother, sister, son or daughter) | | |
| Grandchild | 5 | 3 |
| Grandparent/ Spouse's Grandparent | 4 | 2 |

55

## ARTICLE V
## SECTION 12

If an employee has worked four (4) hours or more and is notified of a death in his family, and leaves the job, the day will not be charged as one of the consecutive working days. If, however, he has not worked four (4) hours, the day will be charged as one of the consecutive working days for which he is entitled to receive regular pay.

Section 13. (a) Employees required to serve on a jury shall be compensated on the basis of their regular wage. Employees will be required to report to their headquarters following their daily release from jury service if there are at least two (2) hours of work time remaining.

(b) An employee working on either a night or afternoon shift at a time when he is scheduled for jury duty, who is unable to postpone the jury duty until a time when he will be working on a day shift, may request the Company to assign him to a day shift schedule. Such a request must be made at least seven (7) working days before the jury duty service is scheduled to begin. When the term of jury duty for such an employee has ended, he shall return to his normal working schedule.

Section 14. Regular pay and reasonable or required expenses will be allowed employees who may be summoned to testify for the Company in lawsuits.

56

## ARTICLE V
## SECTION 15

Section 15. The person elected by the Union to represent them as Business Manager shall be permitted, after proper arrangements have been made with the appropriate department manager of the Company, or his authorized representative, to enter all buildings and areas where men covered by this Agreement are working when such visits are necessary to carry out the terms of this Agreement in connection with questions arising out of this Agreement.

Section 16. (a) The Company shall have the right to require examinations, either oral, written, or practical, to determine the fitness of employees for promotional opportunities. Such examinations shall be uniformly administered and shall be required of all successful employee-applicants for new positions. The equipment and facilities necessary for such examinations will be provided by the Company. The Company shall compensate the employees engaged in examinations for the time spent in such examinations at their regular rate of pay. An employee can indicate, within five days after receiving the results of an examination, that he feels the examination was not fairly administered. If the employee submits a valid reason, the Company will administer a second examination with a Union designated witness present. If this second examination is administered it will not be subject to the grievance procedure.

(b) An employee who has successfully completed an examination for a new position shall be reclassified and

57

## ARTICLE V
## SECTION 18

section shall be construed to prevent the Company from releasing employees because of lack of work or for other proper and legitimate reasons, as provided for in Article I, Section 9.

Section 19. (a) The Company agrees to notify the Union of the contemplated hiring of any outside contractors to do work normally done by the regular employees covered by this Agreement.

(b) In instances where it is necessary to contract for work, during periods of emergency, such equipment will be manned by regular Company employees if and when they are available and qualified to operate such equipment.

(c) It is the sense of this provision that the Company will not contract any work which is ordinarily done by its regular employees, if as a result thereof, it would become necessary to lay off any such employees.

Section 20. (a) The Company agrees that any employee covered by this Agreement who is temporarily advanced to a higher classification for four (4) hours or more shall receive either the minimum rate of pay applicable to that classification or twenty-five cents (25¢) per hour, whichever is greater, but no more than the maximum wage rate of the job to which the employee is upgraded. If such work is for more than four (4) hours the employee shall receive this upgrade pay for the remainder of the normal day worked. When

59

## ARTICLE V
## SECTION 16

paid the proper rate for the new classification as soon as he begins work in the new classification, in accordance with the terms of this Agreement. Any employee failing to pass such examination shall be eligible to retake that examination after a period of three (3) months, provided an opening exists in the classifications for which the examination has been taken. Any employee failing the examination a second time will not be eligible for reexamination for a twelve (12) month period and for subsequent two (2) year intervals thereafter except that subsequent departmental tests may be retaken after twelve (12) month intervals.

Section 17. The Company agrees to furnish bulletin boards at all division headquarters for the use of the Union. The use of these boards is restricted to the Union. The use of these boards is restricted to the Union, following: notices of union meetings, notices of union elections, notice of changes within the union affecting its membership, or any other official notices issued by the Business the stationery of the Union and signed by the Business Manager or other duly elected or appointed officer. There shall be no other general distribution or posting by members of the Union of pamphlets or literature of any kind except as provided for herein.

Section 18. The Company agrees to guarantee employment of not less than forty (40) hours per week for fifty-two (52) weeks of each year to employees covered by this Agreement who are ready and available and able to work, and who are regular full-time employees of the Company, provided nothing in this

58

## ARTICLE V
## SECTION 20

an employee covered by this Agreement is temporarily advanced to a non-supervisory position outside his bargaining unit, he shall be paid the established hourly wage rate for such position if such work is for one (1) hour or more. When an employee is temporarily required to perform work in a lower-paid classification, he is to suffer no reduction in pay.

(b) In the administration of this section of the Agreement a temporary assignment shall be construed to mean any job assignment which is not expected to continue for more than ninety (90) days.

(c) When an employee in this bargaining unit is temporarily advanced to a supervisory position outside the bargaining unit, he shall receive one dollar ($1.00) per hour above the maximum rate of pay of his job classification.

**Section 21.** (a) Company Group Life Insurance carried by employees entering military service will be canceled ninety (90) days after employee enters such service. Advance premium paid by employee beyond date of cancellation will be refunded to employee. Insurance of employees re-entering Company service within ninety (90) days after their release from active duty will be reinstated without physical examination or waiting period.

(b) Employees on layoff will be entitled to continue to participate in the Company Group Life Insurance

60

## ARTICLE V
## SECTION 21

coverage at no cost to the Company. Employees on layoff must pay the total monthly premium for their coverage by the first of each month. Such insurance coverage will be terminated when employees do not pay the total premium as stated above; when they accept full time employment elsewhere; or when they lose their system service in accordance with Article III, Section 5 (h). Employees will have their prior Group Life Insurance coverage reinstated without physical examination or waiting period upon returning to Company service from a layoff.

**Section 22.** (a) The Company shall furnish the employees with the proper safety devices as required by the Company for protection of life and property in the performance of their duties. The employees shall at all times use every means for the preservation of such safety appliances and shall use them when necessary.

(b) The Company will notify promptly the Union Business Manager or the Union Business Office of any accident resulting in serious injury or death to an employee.

(c) The Union may investigate any serious accident with its Union Committee and at its own expense and the management representative on the site will cooperate with the Union Committee. This shall not be construed to mean a joint investigating committee.

It is further agreed that the Company will not

61

## ARTICLE V
## SECTION 22

provide the Union Committee with the report made by the Company. It is further agreed that the Union investigation will not interfere with or interrupt the normal operation of the job.

(d) The Company and the Union agree to the establishment of a Joint Safety Advisory Committee which shall meet quarterly or more frequently upon the call of the Chairman of the Committee. The Chairman of this Committee shall be the Director of Accident Prevention of the Company.

It is further agreed that employees engaged in such meetings during their working hours shall suffer no loss in pay for such time.

(e) The purpose of the Joint Safety Advisory Committee is to give consideration to those general accident prevention programs and policies that affect the safety of the employees in the bargaining unit represented by Local Union 1347 of the International Brotherhood of Electrical Workers. The Joint Safety Advisory Committee shall not deal with individual or group grievances. The administration of the accident prevention policies, programs and procedures are vested in and reserved to the management of the Company.

Section 23. The Company reserves the right to arrange at its own expense for medical examinations of any employee at any time.

62

## ARTICLE V
## SECTION 24

Section 24. (a) The Union shall furnish the Company with a list of Department Stewards and this list shall be kept current. It is further agreed that only regular employees of the Company who are covered by this Agreement shall be designated as stewards.

(b) When in the judgment of the Company the absence of a Steward from his regular duties will not interfere with the operations of the Company, he may be available for handling grievances, witnessing an examination or an investigation of an employee within this unit.

Section 25. (a) The wage schedules described in the Agreement in effect immediately prior to the date of this Agreement shall be amended as follows:

Maximum Hourly Wage Rates

| As of Sept. 29, 1996 | Effective Sept. 30, 1996 | Effective April 1, 1998 * |
| --- | --- | --- |
| $ 8.84 | $ 9.15 | $ 9.42 |
| $10.19 | $10.55 | $10.87 |
| $12.99 | $13.44 | $13.84 |
| $13.26 | $13.72 | $14.13 |
| $13.55 | $14.02 | $14.44 |
| $14.19 | $14.69 | $15.13 |
| $15.10 | $15.63 | $16.10 |
| $15.56 | $16.10 | $16.58 |

63

**ARTICLE V SECTION 25**

| As of Sept. 29, 1996 | Effective Sept. 30, 1996 | Effective April 1, 1998 * |
|---|---|---|
| $15.84 | $16.39 | $16.88 |
| $16.16 | $16.73 | $17.23 |
| $16.96 | $17.55 | $18.08 |
| $17.19 | $17.79 | $18.32 |
| $17.41 | $18.02 | $18.56 |
| $17.86 | $18.49 | $19.04 |
| $18.26 | $18.90 | $19.47 |
| $19.02 | $19.69 | $20.28 |
| $19.19 | $19.86 | $20.46 |
| $20.09 | $20.79 | $21.41 |
| $20.61 | $21.33 | $21.97 |
| $21.12 | $21.86 | $22.52 |
| $21.45 | $22.20 | $22.87 |
| $21.69 | $22.45 | $23.12 |
| $21.88 | $22.65 | $23.33 |
| $22.11 | $22.88 | $23.57 |
| $22.33 | $23.11 | $23.80 |
| $22.60 | $23.39 | $24.09 |

| Effective April 1, 1999 ** | Effective April 1, 2000 *** |
|---|---|
| $14.87 | $15.32 |
| $15.58 | $16.05 |
| $16.58 | $17.08 |
| $17.08 | $17.59 |
| $17.39 | $17.91 |
| $17.75 | $18.28 |
| $18.62 | $19.18 |
| $18.87 | $19.44 |
| $19.12 | $19.69 |
| $19.61 | $20.20 |
| $20.05 | $20.65 |
| $20.89 | $21.52 |
| $21.07 | $21.70 |
| $22.05 | $22.71 |
| $22.63 | $23.31 |
| $23.20 | $23.90 |
| $23.56 | $24.27 |
| $23.81 | $24.52 |
| $24.03 | $24.75 |
| $24.28 | $25.01 |
| $24.51 | $25.25 |
| $24.81 | $25.55 |

| Effective April 1, 1999 ** | Effective April 1, 2000 *** |
|---|---|
| $ 9.70 | $ 9.99 |
| $11.20 | $11.54 |
| $14.26 | $14.69 |
| $14.55 | $14.99 |

* The wages listed in this column will be increased (decreased) by 1 cents for each full 0.2% increase (decrease) of more than 4.0% in the U.S. Revised Urban

64

65

## ARTICLE V
## SECTION 25

Wage Earners and Clerical Workers Consumer Price Index published by the Bureau of Labor Statistics, U.S. Department of Labor, with the October, 1997 Index as the zero base and percentage increases calculated from that base after each quarter. The increase, if any, will be reflected in the payroll period beginning on April 1, 1998, June 29, 1998, October 5, 1998, January 4, 1999, based on the indexes of January 1998, April 1998, July 1998 and October 1998, respectively.

** The wages listed in this column will be increased (decreased) by 1 cents for each full 0.2% increase (decrease) of more than 4.0% in the U.S. Revised Urban Wage Earners and Clerical Workers Consumer Price Index published by the Bureau of Labor Statistics, U.S. Department of Labor, with the October, 1998 Index, as the zero base and percentage increases calculated from that base after each quarter. The increase, if any, will be reflected in the payroll period beginning on April 1, 1999, July 5, 1999 October 4, 1999, January 3, 2000, based on the indexes of January 1999, April 1999, July 1999 and October 1999, respectively.

*** The wages listed in this column will be increased (decreased) by 1 cents for each full 0.2% increase (decrease) of more than 4.0% in the U.S. Revised Urban Wage Earners and Clerical Workers Consumer Price Index published by the Bureau of Labor Statistics, U.S. Department of Labor, with the October, 1999 Index as the zero base and percentage increases calculated from that base after each quarter. The increase, if any, will be

## ARTICLE V
## SECTION 25

reflected in the payroll period beginning on April 1, 2000, July 3, 2000, October 2, 2000, January 1, 2001, based on the indexes of January 2000, April 2000, July 2000 and October 2000, respectively.

No adjustments, retroactive or otherwise, shall be made due to any revisions which may later be made in the published figures in the Consumer Price Index for the months indicated above.

(b) Effective September 30, 1996, any employee who was on or below the maximum hourly wage rate of his job classification on September 30, 1996, shall receive the hourly wage rate increase in accordance with the increase applicable to the maximum wage rate of their job classification.

The hourly wage rate increases shall not apply to the minimum hourly wage rates of starting job classifications.

(c) Employees shall be provided the higher of a twenty-five cent (25¢) promotional increase above the maximum wage rate of the job classification from which they promote, or the minimum wage rate of the job classification to which they promote. This provision will not apply when the maximum wage rate of a job is not at least twenty-five cents (25¢) above the maximum wage rate of the job classification from which it promotes.

(d) Whenever the difference between the minimum

**ARTICLE V
SECTION 25**

and maximum wage rates of any hourly rated job classification is not divisible by ten, the hourly wage rates will be by ten cent (10¢) steps with the exception of the last step to the maximum hourly wage rate of the job classification. In such case the increase to the maximum hourly wage rate will include the ten cent (10¢) increment plus the odd amount necessary to equal the maximum hourly wage rate, provided, however, that the total amount of this increase is less than twenty cents (20¢).

(e) Employees who are below the maximum hourly wage rate of their job classification shall continue to receive such length of service increases as they may be entitled to under the operation of the job classification and wage evaluation plan.

(f) Employees who are on physical retrogressions shall receive the increase applicable to their present individual hourly wage rates.

(g) The shift differentials to be paid employees on scheduled shifts on classified jobs shall be as follows:

68

**ARTICLE V
SECTION 25**

| Name of Shift | Definition | Differential Shift Cents Per Hour | |
|---|---|---|---|
| | | Current | 4/1/97 |
| Day Shift | Where the majority of the scheduled hours worked are between 8:00a.m. and 4:00 p.m. | 0 | 0 |
| Afternoon Shift | Where the majority of the scheduled hours worked are between 4:00 p.m. and 12:00 Midnight | 90¢ | 95¢ |
| Night Shift | Where the majority of the scheduled hours worked are between 12:00 Midnight and 8:00 a.m. | 95¢ | $1.00 |

69

**ARTICLE V**
**SECTION 25**

| Name of Shift | Definition | Differential Shift Cents Per Hour | | |
|---|---|---|---|---|
| | | 4/1/98 | 4/1/99 | 4/1/00 |
| Day Shift | Where the majority of the scheduled hours worked are between 8:00 a.m. and 4:00 p.m. | 0 | 0 | 0 |
| Afternoon Shift | Where the majority of the scheduled hours worked are between 4:00 p.m. and 12:00 Midnight | $1.00 | $1.05 | $1.10 |
| Night Shift | Where the majority of the scheduled hours worked are between 12:00 Midnight and 8:00 a.m. | $1.05 | $1.10 | $1.15 |

(h) When the majority of the hours in a shift are on Sunday, a Sunday premium in the amount of one dollar and twenty-five cents ($1.25) per hour will be paid to an employee for all scheduled straight time hours worked on that shift. On April 1, 1997 this amount will increase

70

**ARTICLE V**
**SECTION 25**

to one dollar and thirty cents ($1.30) per hour. On April 1, 1999 this amount will increase to one dollar and thirty-five cents ($1.35) per hour.

(i) In conjunction with the letter of Walter C. Beckford of October 1, 1945, which has served as a preamble to the Company's job classification and evaluation system, the Company shall prepare occupational classifications and job descriptions which will define, as nearly as possible, the nature of the work involved under each payroll classification. All required changes in job classifications or promotional sequences will be initiated by the Company.

(j) When a job description has been revised by the management of a department, a representative of employees within that department will be given an opportunity to suggest changes to the revised job description before it is submitted to the Company's Job Evaluation Committee. After the management of the department has reviewed the suggested changes to the job description, the job description will be submitted to the Company's Evaluation Committee. The union representative shall have an opportunity to submit written comments regarding the duties of his job to the Company's Evaluation Committee. There will be no recourse to the grievance and arbitration procedure because of the language of a job description or the evaluation of a job classification.

(k) The Job Evaluation Committee of the Company

71

will be responsible for evaluating all new or revised job classifications. Prior to the evaluation of revised job descriptions, the representative of the Union may accompany the management representative to explain his written comments to the Committee. The evaluation established by this Committee will be used to determine the maximum wage rate for each new or revised job classification. Results of the evaluation will be communicated to the Union two weeks before the new or revised job classification becomes effective.

(l) The Union shall maintain a Job Evaluation Advisory Committee consisting of not more than five members who may review the evaluation and wage rate of any job classification which undergoes a substantial change in qualifications or duties. The Union's Committee may, by request, meet with the Company's Committee, at a mutually convenient time within thirty (30) days after the effective date of the new or revised job classification, to present any information relevant to the evaluation of the job classification which has been included in the previous written comments of the Union representative. The Union will be notified after the Company's Committee has reviewed the additional information presented by the Union. All wage rates so established shall be final and binding and not subject to the grievance and arbitration procedure. However, if any revised wage rates are reduced as a result of the evaluation(s), they will not be placed into effect until the Company and the Union have had an opportunity to negotiate them during full contract negotiations, even

though the revised job classification will be in effect. Employees, presently in, or promoting to, such job classifications will continue to receive wage adjustments in accordance with the other provisions of the Agreement just as if the wage rate had remained at the same level until a new Agreement is reached. The Company will not be required to maintain, establish or discontinue any job classification covered by this Agreement.

(m) Members of the Union's Job Evaluation Advisory Committee shall not suffer a loss of pay when engaged in meetings during their working hours with the Company's Job Evaluation Committee.

(n) Where the Union deems an employee, or employees, to be improperly classified, it will be considered as a grievance and shall be handled under the grievance procedure of this Agreement.

**Section 26.** (a) Employees represented by the Union are entitled to the benefits of the Retirement Income Plan as contained in the Company's publication "The Cincinnati Gas & Electric Company Retirement Income Plan", with the latest amended date of May 1, 1985, and which includes changes as required by appropriate federal legislation and regulation governing such plans.

(b) It is agreed that the Company will not reduce the benefits and the Union will not request any change in the Retirement Income Plan until April 1, 2001.

## ARTICLE V
## SECTION 27

**Section 27.** The Company will provide each employee with Term Life Insurance in the amount of two (2) times the employee's straight time annual salary.

**Section 28.** (a) Health Care coverage will consist of alternative medical and dental plans. Employees will pay ten percent (10%) of the total regular premium furnished by the carrier for the medical and dental coverage they select, with the Company paying the remainder. The Company's part of the above premium will continue to be paid while an employee is receiving illness or accident compensation provided the employee was covered by such a contract immediately prior to the employee's sickness or industrial accident.

(b) Employees on layoff will be entitled to continue to participate in the health care plan and dental plan coverages that they had at the time of layoff, at no cost to the Company. Employees on layoff must pay, in advance, the total monthly premium for their coverage by the fifteenth of each month for the following month's coverage. Such insurance coverage will be terminated when employees do not pay the total premium as stated above; when they accept full time employment elsewhere; or when they lose their system service in accordance with Article III, Section 5 (h).

**Section 29.** (a) The Company agrees to establish and maintain an employee savings plan, subject to the provisions of the appropriate federal legislation and

74

## ARTICLE V
## SECTION 29

regulation governing such plans, to be known as "The Cincinnati Gas & Electric Company Savings Incentive Plan", for non-exempt employees, hereinafter called the "Savings Incentive Plan".

(b) The Savings Incentive Plan is contained in the Company's publication "The Cincinnati Gas & Electric Company Savings Incentive Plan", which includes highlights of the Plan, complete text of the Plan, and complete text of the Trust Agreement.

(c) The Company hopes and expects to continue the Savings Incentive Plan indefinitely but it must reserve the right to alter or amend it or to discontinue Company contributions to it at any time. However, under no circumstances shall any part of the corpus or income held by the Trustee of the Savings Incentive Plan be recoverable by the Company or be used for or diverted to any purposes other than for the exclusive benefit of the employee participants or their beneficiaries as provided in the Savings Incentive Plan.

## ARTICLE VI

**Section 1.** (a) With the exception of shift differential premium, and a holiday occurring during an employee's vacation or second off day, it is agreed that under no circumstances shall any Section of this Agreement be interpreted to provide the pyramiding of a benefit or premium payment to employees covered by this

75

## ARTICLE VI
## SECTION 1

Agreement. For example, no employee may claim sick pay while receiving vacation pay or holiday pay while receiving sick pay.

(b) It is further agreed that there shall be no interruption in the payment of one benefit in order that the employee may receive payment for another benefit. For example, no employee may interrupt his vacation to begin sick leave or interrupt his sick leave to include a holiday. The only exceptions to this provision is that an employee's sick pay may be interrupted to include vacation pay.

Section 2. This Agreement shall be binding upon the successors, assignees or transferees of the Union and the corporate entity of the Company.

76

## ARTICLE VI
## SECTION 2

IN WITNESS WHEREOF, Local Union 1347 of the International Brotherhood of Electrical Workers and The Cincinnati Gas & Electric Company and The Union Light, Heat and Power Company do hereby, by their duly authorized agents, in the premises, execute and sign this 1996-2001 Agreement between The Cincinnati Gas & Electric Company, The Union Light, Heat and Power Company and Local Union 1347, in duplicate, this 17th day of December, 1996.

77

FOR THE UNION

Francis B. Kelly,
Business Manager

Kenneth M. Gross,
Asst. Business Manager

Timothy J. O'Leary,
President

APPROVED
INTERNATIONAL OFFICE - I.B.E.W.
FEB 4 1997
J.J. Barry, President
This approve does not make the
International a party to the agreement

FOR THE COMPANY

THE CINCINNATI GAS &
ELECTRIC COMPANY
THE UNION LIGHT, HEAT
AND POWER COMPANY

Larry E. Thomas,
President,
Energy Delivery

William J. Grealis,
President,
Energy Services

J. Wayne Leonard,
President,
Energy Commodities

Jerry W. Liggett,
Sr. Manager,
Human Resources Strategy

Kenneth E. Williams,
Manager,
Employee Relations

78

EXHIBIT "A"

DEPARTMENTAL AND DIVISIONAL WORKING
RULES

POWER OPERATIONS DEPARTMENT

GENERAL WORK RULES

APPLICABLE TO:
EAST BEND STATION
MIAMI FORT STATION
WALTER C. BECKJORD STATION
WM. H. ZIMMER STATION
WOODSDALE STATION

1. Shift Schedules shall be established in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

2. A list of the employees in each Production Team and Support Team of each Division shall be posted by the Company each month showing the overtime worked by each employee during the previous month.

79

3. The normal meal period for Support Team employees, whose schedule provides a non-compensated one-half hour's meal period, will be defined by the Teams. If the meal period is not granted between the time period designated by the Teams, the employee will be allowed a shorter lunch period and will be permitted to eat on the job and will receive one-half hour's pay at the overtime rate.

4. The primary duties of Team Consultants and Plant Specialists shall be listed in the Team Guidelines and no manual work is to be done which will detract from these primary duties.

5. On Shift Work Schedules, subject to the approval of the Team and review of the Group Leaders, employees will be permitted to trade shifts on the same job and jobs on the same shift, if both are qualified and agreeable.

6. On Shift Work Schedules, a list of employees on each Team shall be posted by the Company showing the current Team assignment and the progressive scheduled off-days where applicable.

7. No employees working on a Shift Work Schedule may be relieved and leave their job more than 30 minutes before their scheduled quitting time, unless they have received prior approval from their Team.

8. The Company will not require employees to furnish tools.

9. All thirty (30) minute unpaid meal periods may begin a half hour before or after the normal meal period, at the discretion of the Team.

10. When employees are assigned to training classes they may be required to work eight (8) hours exclusive of an unpaid lunch period.

11. Those Production Team employees who are assigned to work for one or more days on other Teams will work the same designated hours as the Team to which they are assigned.

12. Personnel may be required to work ten (10) and twelve (12) hour shifts at the appropriate straight time and overtime rates for outages and/or as needs dictate:

| Division | 1 | East Bend Station |
| Division | 2 | Miami Fort Station |
| Division | 3 | W. C. Beckjord Station |
| Division | 4 | WM. H. Zimmer Station |
| Division | 5 | Woodsdale Station |

(a) Production Teams will work on a Rotating Shift Schedule or as described in General Work Rule 1, as determined by the Teams.

(b) Support Teams will work schedules as required to support the Production Teams, as described in General Work Rule 1, as determined by the Teams.

## ENERGY DELIVERY

Division 6: OPERATORS

(a) MANUAL OPERATORS SECTION (including Station Operators and Electric Generation Operators)

1. These employees shall operate on a Rotating Shift Schedule or in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

Relief Operators work on all shifts. For the purpose of determining shift differential wages, all the employees in this group, including Relief Operators, shall be designated Shift Workers.

2. There shall be no Working Foremen in this group.

3. Electric Generation Operators working at the Miami Fort and Walter C. Beckjord Stations

82

---

## DIVISION 6

are included in the exception taken in Article III, Section 5(b) of the general Agreement.

4. Station Operators assigned to general relief and Electric Generation Operators assigned to extra relief shall be entitled to not less than a twenty-four (24) hour notice of changes in shift assignments or scheduled days off.

(b) MOBILE OPERATORS SECTION

1. These employees shall operate on a Rotating Shift Schedule or in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

Relief Operators work on all shifts.

For the purpose of determining shift differential wages, all employees in this group including Relief Operators shall be designated Shift Workers.

2. There shall be no Working Foremen in this group.

83

## DIVISION 6

3. Mobile Operators assigned to relief shall be entitled to not less than a twenty-four (24) hour notice of changes in shift assignments or scheduled days off.

### Division 7: SUBSTATION

#### (a) ELECTRIC MAINTENANCE SECTION

1. This Section shall work on a Fixed Shift Schedule or in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

The supervisor, at his discretion, may designate the thirty (30) minute meal period to begin one-half hour before the Normal Meal Period or may delay the beginning of the thirty (30) minute meal period to the time when the Normal Meal Period is scheduled to end.

#### (b) ELECTRIC REPAIR SECTION

1. This Section shall operate on a Day Schedule or in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts

84

## DIVISION 7

will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

The normal meal period will be between 12:00 noon and 12:30 p.m. However, the supervisor, at his discretion, may designate the thirty (30) minute meal period between 11:30 a.m. and 1:00 p.m. If the meal period is not granted between the time of 11:30 a.m. and 1:00 p.m., the employee will be allowed a shorter lunch period and will be permitted to eat on the job and will receive one-half hour's pay at the overtime rate.

#### (c) CONSTRUCTION SECTION

1. This Section shall operate on a seasonally adjusted Day Schedule or in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evenings shifts will be any hours between 10:00 p.m. and 10:00 a.m.

The Manual work of the Foremen in this Division shall be restricted to assistance in

85

## DIVISION 7

the handling or placing of heavy materials or equipment, the occasional pulling up of materials to employees and similar operations. It is the intention of Management that the primary duties of such Foremen shall be the supervision, planning, inspection and assignment of work to their crews and that no manual work is to be done which will detract from these primary duties.

2.  The Company shall not require an employee to furnish tools.

### Division 8: ELECTRIC TEST

1.  This Division shall operate on a Day Schedule or in accordance with the negotiated letter dated October 11, 1996 discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

The normal meal period will be between 12:00 noon and 12:30 p.m. However, the supervisor, at his discretion, may designate the thirty (30) minute meal period between 11:30 a.m. and 1:00 p.m. If the meal period

86

## DIVISION 8

is not granted between the time of 11:30 a.m. and 1:00 p.m., the employee will be allowed a shorter lunch period and will be permitted to eat on the job and will receive one-half hour's pay at the overtime rate.

2.  The Company shall not require an employee to furnish tools.

### ENERGY DELIVERY / ENERGY SERVICES

#### GENERAL WORK RULES
#### APPLICABLE TO DIVISION 9 THROUGH 13

1.  Shift Schedules shall be defined in each section in accordance with the negotiated letter dated October 11, 1996, discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

2.  The normal meal period for divisions which operate on a day schedule will be between 12:00 noon and 12:30 p.m. However, the supervisor, at his discretion, may designate the thirty (30) minute meal period between 11:30 a.m. and 1:00 p.m. If the meal period is not granted between the time of 11:30 a.m. and

87

## DIVISION 8

1:00 p.m., the employee will be allowed a shorter lunch period and will be permitted to eat on the job and will receive one-half hour's pay at the overtime rate.

3. The Company shall not require an employee to furnish tools.

4. Employees who bid, qualify and are accepted for posting openings in a Division shall receive a classified seniority date based on the date they enter the job opening and shall be eligible for merit increases at six (6) month intervals regardless of the wage rate of any other employee in the job classification, but in no event will an employee receive a wage rate that is higher than the maximum rate of the job classification which he is entering.

## Division 9: ELECTRIC TROUBLE

1. The Electric Trouble Section will operate on a Rotating Shift Schedule or as described in General Work Rule 1.

2. The Manual work of the Foremen in this Section shall be restricted to assistance in the handling or placing of heavy materials or equipment, the occasional pulling up of materials to Linemen and similar operations. It

88

## DIVISION 9

is the intention of Management that the primary duties of such Foremen shall be the supervision, planning, inspection and assignment of work to their crews and that no manual work is to be done which will detract from these primary duties.

3. Extra Linepersons "A"-Trouble shall be assigned for periods of one (1) week and will be given not less than forty-eight (48) hours notice concerning the shift assigned for the following week.

4. Management shall prepare a storm working schedule which will be utilized at the discretion of the Department Manager when, in his opinion, unusually severe and prolonged storm conditions warrant the use of this schedule. The duration of the storm working schedule will also be determined by the Department Manager. Meal compensation will be paid to the employees who are assigned to this storm working schedule as follows:

Employees assigned to work on the storm working schedule who have completed five (5) hours of continuous storm work shall be furnished a meal, or compensation in lieu thereof, and an additional meal, or compensation in lieu thereof, for each five (5)

89

## DIVISION 9

hour interval thereafter, until released from storm duty.

**Division 10:** METER OPERATIONS-ENERGY DELIVERY SERVICE DELIVERY-ENERGY SERVICES

1. Meter Operations will operate on a Day Schedule or as described in General Work Rule 1.

   Service Delivery will operate on a Rotating Shift Schedule or as described in General Work Rule 1.

2. There shall be no working Foremen in these Divisions.

3. Extra Premise Troubleshooters shall be assigned for periods of one (1) week and will be given not less than forty-eight (48) hours notice concerning the shift assigned for the following week.

4. Extra Premise Troubleshooters will be used to fill assigned shifts at their respective headquarters.

5. Management shall prepare a storm working schedule which will be utilized at the discretion of the Department Manager when, in his opinion, unusually severe and

90

## DIVISION 10

prolonged storm conditions warrant the use of this schedule. The duration of the storm working schedule will also be determined by the Department Manager. Meal compensation will be paid to the employees who are assigned to this storm working schedule as follows:

Employees assigned to work on the storm working schedule who have completed five (5) hours of continuous storm work shall be furnished a meal, or compensation in lieu thereof, and an additional meal, or compensation in lieu thereof, for each five (5) hour interval thereafter, until released from storm duty.

**Division 11:** OVERHEAD TRANSMISSION AND DISTRIBUTION CONSTRUCTION DIVISION

1. The Overhead Transmission and Distribution Section shall operate on a Day Schedule or as described in General Work Rule 1.

2. The Manual work of the Foremen in this Division shall be restricted to assistance in the handling or placing of heavy materials or equipment, the occasional pulling up of materials to Linemen and similar operations. It is the intention of Management that the primary duties of such Foremen shall be the

91

## DIVISION 11

supervision, planning, inspection and assignment of work to their crews and that no manual work is to be done which will detract from these primary duties.

3. Additional help will be supplied small line crews setting poles and transformers when conditions are such that the normal crews need additional help in the setting of poles and transformers in a safe and workmanlike manner.

4. Management shall prepare a storm working schedule which will be utilized at the discretion of the Department Manager when, in his opinion, unusually severe and prolonged storm conditions warrant the use of this schedule. The duration of the storm working schedule will also be determined by the Department Manager. Meal compensation will be paid to the employees who are assigned to this storm working schedule as follows:

Employees assigned to work on the storm working schedule who have completed five (5) hours of continuous storm work shall be furnished a meal, or compensation in lieu thereof, and an additional meal, or compensation in lieu thereof, for each five (5) hour interval thereafter, until released from

92

## DIVISION 11

storm duty.

### Division 12: UNDERGROUND CABLE AND EQUIPMENT

1. This Division shall operate on a Day Schedule and when required, a Fixed Shift Schedule or as described in General Work Rule I.

2. There shall be no working Foremen in this Division.

3. When an opening occurs in a job classification within the Cable, Transformer & Equipment; and Test & Operation Sections of the Underground Cable and Equipment Division, job openings will be filled by the multiple posting system as outlined in Article III, Section 7(g).

4. Overtime shall be divided as equally and impartially as possible among all employees within a job classification in each Section of Division 12, such as Cable Section; Transformer & Equipment Section; and the Test & Operation Section.

### Division 13: SERVICE DIVISION

(a) MATERIAL AND REPAIR SECTION

The Material and Repair Section shall operate

93

## DIVISION 13

on a Day Shift Schedule and when required on a Modified Shift Schedule or as described in General Work Rule 1.

(b) MACHINE SHOP SECTION

This Section shall operate on a Day Schedule or as described in General Work Rule 1.

(c) BRECON HEAVY EQUIPMENT AND REPAIR SECTION

This Section shall operate on a Day Schedule or as described in General Work Rule 1.

(d) STREETLIGHT SECTION

This Section shall operate on a Day Shift Schedule or as described in General Work Rule 1.

The manual work of the Foremen in this Division shall be restricted to assistance in the handling or placing of heavy materials or equipment, the occasional pulling up of materials to employees and similar operations. It is the intention of Management that the primary duties of such Foremen shall be the supervision, planning, inspection and assignment of work to their crews and that no manual work is to be done which will detract

94

## DIVISION 13

from these primary duties.

Division 14: INVENTORY AND MATERIALS MANAGEMENT

(1) This Division shall operate on a Modified Shift Schedule (Monday - Friday) and, where necessary, a Rotating Shift Schedule in accordance with the negotiated letter dated October 11, 1996, discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 p.m. and 10:00 a.m.

Each shift will include a one-half hour meal period.

(a) At Woodsdale Storeroom a one day notice is required to change a schedule from day-to-day.

(b) At Woodsdale Storeroom any schedule can start thirty (30) minutes earlier and end thirty (30) minutes earlier with a one day notice of a schedule change.

2. The Company shall not require an employee to furnish tools.

95

## DIVISION 15

### Division 15: TRANSPORTATION SERVICES

1. This Department shall operate on a Fixed Shift Schedule in accordance with the negotiated letter dated October 11, 1996, discussing flexibility in work scheduling. Day shifts will be any hours between 6:00 a.m. and 6:30 p.m. Afternoon shifts will be any hours between 2:00 p.m. and 2:00 a.m. Evening shifts will be any hours between 10:00 a.m. and 10:00 a.m.

   Each shift will include a one-half hour meal period.

   Employees in the following listed job classifications on January 1 of each year will be granted a tool allowance applicable to their classification as follows:

|  | Current | 1/97 | 1/98 | 1/99 |
|---|---|---|---|---|
| Transportation Senior Hydraulic Mechanic, Transportation Senior Mechanic & Transportation Senior Body Mechanic | $200.00 | $215.00 | $230.00 | $245.00 |

96

## DIVISION 15

|  | Current | 1/97 | 1/98 | 1/99 |
|---|---|---|---|---|
| Transportation Mechanic "A" | $200.00 | $215.00 | $230.00 | $245.00 |
| Transportation Mechanic "B" | $200.00 | $215.00 | $230.00 | $245.00 |

97