UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **OLLEN G. COLBERT** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | CASE NO. 1:00-CV-00909-SJD-TSH |
| | ) | |
| **CINCINNATI GAS & ELECTRIC and** | ) | JUDGE: J. Dlott |
| **INTERNATIONAL BROTHERHOOD** | ) | Magistrate Judge Hogan |
| **OF ELECTRICAL WORKERS,** | ) | |
| **LOCAL 1347** | ) | **DEFENDANT, CINCINNATI GAS &** |
| | ) | **ELECTRIC'S MOTION TO STRIKE** |
| **Defendants.** | ) | **PLAINTIFF'S AFFIDAVIT AND THE** |
| | ) | **AFFIDAVITS OF DUDLEY QUARLES** |
| | ) | **AND LEON WATERS** |

  Defendant, The Cincinnati Gas & Electric Company, ("CG&E), by its counsel, respectfully requests that the Affidavits of Ollen Colbert, Leon Waters, and Dudley Quarles, filed by plaintiff in response to the defendants' Motions for Summary Judgment be stricken and in support thereof, herewith files its brief.

  WHEREFORE, defendant CG&E requests that its motion be granted and that the affidavits filed by plaintiff in response to the defendants' motions for summary judgment be stricken either in their entirety or as to those parts that are not admissible under the law.

        Respectfully submitted,

        CINERGY CORP.


       By: s/Ariane Schallwig Johnson
         Ariane Schallwig Johnson, #2104-45
         One of the Attorneys for Cincinnati Gas &
        Electric

## CERTIFICATE OF SERVICE

       I hereby certify that on **April 7, 2005**, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Rose Ann Fleming
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
fleming@xavier.edu

Jerry A. Spicer
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
snyrakspi@aol.com

                                          s/Ariane Schallwig Johnson
                                          Ariane Johnson

Ariane Schallwig Johnson
LEGAL DEPARTMENT
CINERGY SERVICES, INC.
1000 E. Main Street
Plainfield, IN 46168
Telephone: 317/838-1285
Facsimile: 317/838-1842
ariane.johnson@cinergy.com

*142822*        2