UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **OLLEN G. COLBERT** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | CASE NO. 1:00-CV-00909-SJD-TSH |
| ) | |
| **CINCINNATI GAS & ELECTRIC and** ) | JUDGE: J. Dlott |
| **INTERNATIONAL BROTHERHOOD** ) | Magistrate Judge Hogan |
| **OF ELECTRICAL WORKERS,** ) | |
| **LOCAL 1347** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The Court, having before it Defendant, Cincinnati Gas & Electric's Motion to Strike Plaintiff's Affidavit and the Affidavits of Dudley Quarles and Leon Water, and the Court, being duly advised in the premises, hereby GRANTS said Motion.

IT IS HEREBY ORDERED, that Plaintiff's Affidavit and the Affidavits of Dudley Quarles and Leon Waters, filed by Plaintiff in response to the defendants' Motions for Summary Judgment , are hereby stricken either in their entirety or a to those parts that are not admissible under law.

Dated: _____

_____
Judge, U.S. District Court
Southern District of Ohio
Western Division

DISTRIBUTION ATTACHED

DISTRIBUTION TO:

Ariane Schallwig Johnson
LEGAL DEPARTMENT
CINERGY SERVICES, INC.
1000 E. Main Street
Plainfield, IN 46168
Telephone: 317/838-1285
Facsimile: 317/838-1842
ariane.johnson@cinergy.com

Rose Ann Fleming
Rose Ann Fleming Professional Legal Corp.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
fleming@xavier.edu

Jerry A. Spicer
Snyder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
snyrakspi@aol.com