UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ollen G. Colbert
      Plaintiff

vs

The Cincinnati Gas & Electric
Company, et. al.,
      Defendants

Case No. C-1-00-909
(Dlott, J; Hogan, M.J.)

**ORDER**

This matter is before the Court on yet another Motion by Plaintiff for an Extension of Time (Doc. 109). This extension request deals with Plaintiff's inability to respond timely to Defendant Cincinnati Gas & Electric Company's Motion to Strike Plaintiff's Affidavit and Affidavits of Dudley Quarles and Leon Waters (Doc. 106). Plaintiff bases his latest request for an extension on Plaintiff's counsel's heavy workload. Plaintiff correctly notes that this is the first extension "on this matter" which Plaintiff has requested. However, having failed to meet any initial deadline in this case, it is by no means the first request for an extension of time by Plaintiff. The Court is quickly growing weary of the excessive requests for extensions of time by Plaintiff in this matter and must reiterate that such extensions seriously infringe upon the Court's ability to move this case forward.

This having been said, the Court GRANTS Plaintiff's Motion for Extension (Doc. 109). Plaintiff SHALL HAVE UNTIL May 2, 2005 in which to respond to Defendant's Motion to Strike Plaintiff's Affidavit and Affidavits of Dudley Quarles and Leon Waters (Doc. 106). HOWEVER, no further requests for extensions of time will be granted in any regard in this case whether opposed or unopposed.

## IT IS THEREFORE ORDERED THAT:

1) Plaintiff's Motion for Extension of Time (Doc. 109) is GRANTED. Plaintiff SHALL HAVE UNTIL May 2, 2005 in which to respond to Defendant's Motion to Strike Plaintiff's Affidavit and Affidavits of Dudley Quarles and Leon Waters (Doc. 106).

2) No further requests for extensions of time by Plaintiff will be entertained by the Court in this case whether opposed or unopposed.

SO ORDERED.

Date: April 28, 2005

Timothy S. Hogan
United States Magistrate Judge