Rose Ann Fleming
ROSE ANN FLEMING PROFESSIONAL CORPORATION
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
Phone: 513-924-8389
Fax: 513-924-8389
Email: Fleming@xavier.edu
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |
|---|---|
| **OLLEN G. COLBERT, Jr**., | Case No.: 1:00-cv-00909 |
| Plaintiff, | Judge Sandra Beckwith<br>Magistrate Judge Timothy Hogan |
| vs. | **NOTICE OF FILING CORRECTED<br>AFFIDAVIT OF DUDLEY QUARLES<br>FILED ORIGINALLY IN DOCUMENTS<br>103 AND 104** |
| **CINERGY AND THE CINCINNATI GAS<br>AND ELECTRIC COMPANY, *et al*.,** | |
| Defendants. | |

Now comes Plaintiff, Ollen G. Colbert, Jr., by and through Counsel, to

respectfully give Notice of the filing of a corrected Affidavit of Dudley Quarles, as to his

signature that was inadvertently omitted in the original filing.

Dated this 2nd   day of  May, 2005

Respectfully submitted,

/s/Rose Ann Fleming
Rose Ann Fleming
BAR ID. #0041337
ROSE ANN FLEMING, P.C.
3855 Ledgewood Drive
Suite 13
Cincinnati, OH  45207
Phone: 513-924-8389
Fax: 513-924-8389
Email: Fleming@xavier.edu
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above was served by facsimile transmission, email and overnight express U.S. mail on the following this 2nd day of May, 2005:

Attorney for Defendants
Cinergy/The Cincinnati Gas and Electric Company:

Ariane Schallwig Johnson, Esq.
Cinergy/The Cincinnati Gas and Electric Company
Cinergy Services Inc.
1000 East Main Street
Plainfield, IN 46168-1782
Email: ariane.johnson@cinergy.com

And on
Attorney for Defendant
International Brotherhood of Electrical Workers, Local 1347

Jerry A. Spicer, Esq.
Snynder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
synrakspi@aol.com

/s/Rose Ann Fleming
Rose Ann Fleming (0041337)
ROSE ANN FLEMING, P.C.
3855 Ledgewood Drive, Suite 13
Cincinnati, OH  45207
Telephone; 513-924-8389
Fax: 513-924-8389
Email: Fleming@xavier.edu

Attorney for Plaintiff