Rose Ann Fleming
ROSE ANN FLEMING PROFESSIONAL CORPORATION
3855 Ledgewood Drive, Suite 13
Cincinnati, OH 45207
Phone: 513-924-8389
Fax: 513-924-8389
Email: Fleming@xavier.edu
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **OLLEN G. COLBERT, Jr.**, | Case No.: 1:00-cv-00909 |
| Plaintiff, | Judge Sandra Beckwith<br>Magistrate Judge Timothy Hogan |
| vs. | **NOTICE OF MANUAL FILING OF PLAINTIFF'S DEPOSITION, 2/10/2003** |
| **CINERGY AND THE CINCINNATI GAS AND ELECTRIC COMPANY,** *et al.*, | |
| Defendants. | |

Now comes Plaintiff, Ollen G. Colbert, Jr., by and through Counsel, to respectfully give Notice of the manual filing of the transcript of the Deposition of Ollen G. Colbert, Jr. taken by Defendant Cinergy/The Cincinnati Gas and Electric on February 10, 2003.

Dated this 2nd day of May, 2005.

        Respectfully submitted,

        /s/Rose Ann Fleming
        Rose Ann Fleming
        BAR ID. #0041337
        ROSE ANN FLEMING, P.C.
        3855 Ledgewood Drive
        Suite 13
        Cincinnati, OH 45207
        Phone: 513-924-8389
        Fax: 513-924-8389
        Email: Fleming@xavier.edu
        Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the above was served by facsimile transmission, email and overnight express U.S. mail on the following this 3rd day of May, 2005:

Attorney for Defendants
Cinergy/The Cincinnati Gas and Electric Company:

Ariane Schallwig Johnson, Esq.
Cinergy/The Cincinnati Gas and Electric Company
Cinergy Services Inc.
1000 East Main Street
Plainfield, IN 46168-1782
Email: ariane.johnson@cinergy.com

And on
Attorney for Defendant
International Brotherhood of Electrical Workers, Local 1347

Jerry A. Spicer, Esq.
Snynder, Rakay & Spicer
11 West Monument Building, Suite 307
Dayton, OH 45402
synrakspi@aol.com

    /s/Rose Ann Fleming
    Rose Ann Fleming (0041337)
    ROSE ANN FLEMING, P.C.
    3855 Ledgewood Drive, Suite 13
    Cincinnati, OH  45207
    Telephone; 513-924-8389
    Fax: 513-924-8389
    Email: Fleming@xavier.edu

    Attorney for Plaintiff