IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN COLBERT, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv909-SJD-TSH |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CINERGY CORP., et al, : | |
| : | |
| Defendant(s) : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on May 20, 2005 Report and Recommendations (Doc. 116 and 117).  Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED THAT Defendant, Cinergy/Cincinnati Gas & Electric Company's Motion for Summary Judgment (Doc. 91) be GRANTED in its entirety and Defendant Union's Motion for Summary Judgment (Doc. 94) be granted and this case dismissed from the docket of the Court.

IT IS SO ORDERED.

   s/Susan J. Dlott      
Susan J. Dlott
United States District Judge