IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OLLEN COLBERT, : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:00cv909-SJD-TSH |
| vs. : | |
| : | District Judge Susan J. Dlott |
| CINERGY CORP., et al, : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that Defendant, Cinergy/Cincinnati Gas & Electric Company's Motion for Summary Judgment (Doc. 91) be GRANTED in its entirety and Defendant Union's Motion for Summary Judgment (Doc. 94) be granted and this case dismissed from the docket of the Court.


7/25/05                                                                         JAMES BONINI, CLERK


                                                                                ___s/Stephen Snyder_____
                                                                                Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.